UNITED STATES COURTS OFFICE
DISTRICT OF MASSACHUSETTS

2004 JUN 15 P 12: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Lawrence Howard, Jr., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 04-11169 REK |
| vs. ) | |
| ) | |
| American Overseas Marine ) | |
| Corporation, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S RETURNS OF SERVICE OF PROCESS

Now comes the Plaintiff, Lawrence Howard, Jr., by his attorney, and respectfully submits herein his returns of service of process in the above action.

Respectfully submitted,
Lawrence Howard, Jr.
By his attorney,

Paul F. Wood, BBO No. 565195
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA 02114
(617) 532-2666

I hereby certify that a true copy of the within document was served upon all pro-se parties/ attorneys of record by hand/first class mail, postage prepaid, on 6/14/04

# United States District Court

DISTRICT OF __Massachusetts__

Lawrence Howard, Jr.,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

American Overseas Marine Corporation

**04-11169 REK**

TO: (Name and address of defendant)

Any Officer, Managing or General Agent
American Overseas Marine Corporation
116 E. Howard Street
Quincy, MA 02169

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paul F. Wood
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA 02114

(617) 532-2666

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

6-2-04

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Edward W. Murphy, Esq.
Morrison, Mahoney & Miller
250 Summer St.
Boston, MA 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Walter_ [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)  7001 1940 0005 3542 1190

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540