UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

...............................
LAWRENCE HOWARD, JR.,        :
                             :
        Plaintiff,           :   CIVIL ACTION NO. 04-11169(REK)
                             :
    v.                       :
                             :
AMERICAN OVERSEAS MARINE     :
CORPORATION,                 :
                             :
        Defendant.           :
...............................

NOTICE OF APPEARANCE

Please enter the appearances of James W. Bucking and Scott C. Merrill as attorneys for the defendant, American Overseas Marine Corporation, in the above referenced matter.

**American Overseas Marine Corporation**

By its attorneys:

/s/ James W. Bucking

James W. Bucking
BBO #558800
Scott C. Merrill
BBO #631008
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: June 28, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 6/28/04

FHBoston/1074946.1