UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

.....................................
LAWRENCE HOWARD, JR.,          :
                               :
            Plaintiff,         :   CIVIL ACTION NO. 04-11169(REK)
                               :
      v.                       :
                               :
AMERICAN OVERSEAS MARINE       :
CORPORATION,                   :
                               :
            Defendant.         :
.....................................

## ASSENTED-TO MOTION TO EXTEND DEADLINE TO SERVE RESPONSIVE PLEADING

The defendant, American Overseas Marine Corporation, hereby moves for an extension of the twenty-day deadline set by Fed. R. Civ. P. 12 for the service of a responsive pleading in this action. As grounds therefore, defendant states as follows:

1. The plaintiff has assented to this Motion.

2. The parties have agreed to the sixty-day period set forth in Fed. R. Civ. P. 4 for serving a responsive pleading after process is waived.

3. The undersigned counsel received the papers on this matter today. Prior counsel for the defendant had accepted service at the request of the plaintiff's counsel.

4. By this Motion, a responsive pleading in this matter will be due to be served by

August 11, 2004, which will not delay the timely processing of this action.

                                              **American Overseas Marine Corporation**

                                              By its attorneys:

                                              James W. Bucking
                                              BBO #558800
                                              Scott C. Merrill
                                              BBO #631008
                                              Foley Hoag LLP
                                              155 Seaport Boulevard
                                              Boston, MA 02210

Dated: June 28, 2004                      (617) 832-1000

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 6/28/04