UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Lawrence Howard, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 04-11169 REK |
| vs. | ) | |
| | ) | |
| American Overseas Marine | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S RULE 16.1(d)(3) CERTIFICATION

The undersigned hereby certify that they have conferred with respect to the above matter (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

By: _Lawrence Howard_  10/7/04
Lawrence Howard, Jr.          Date

By: _[signature]_           10-6-04
Paul F. Wood, BBO No. 565195    Date
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, Massachusetts 02114
(617) 532-2666