UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 OCT 19  P 3: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

LAWRENCE HOWARD, JR.,

           Plaintiff,

v.

AMERICAN OVERSEAS MARINE
CORPORATION,

           Defendant.

CIVIL ACTION NO. 04-11169(REK)

## DEFENDANT'S ASSENTED TO MOTION TO RESCHEDULE NOVEMBER 10, 2004 SCHEDULING CONFERENCE

Defendant American Overseas Marine Corporation hereby moves (with the assent of counsel for the Plaintiff) that the scheduled November 10, 2004 Scheduling Conference be rescheduled to any of the following dates or at a date more suitable for the Court: November 4th, 5th, 8th, 11th, or 12th.

In support of this Motion, Defendant's counsel who is ultimately responsible for this case for Defendant will be litigating an arbitration out of state all day on November 10, 2004.

WHEREFORE, Defendant respectfully moves that the scheduling conference on November 10, 2004 be changed to November 4th, 5th, 8th, 11th, or 12th.

FHBOSTON/1116587.1

- 2 -

**American Overseas Marine Corporation**

By its attorneys:

_____
James W. Bucking
BBO #558800
Scott C. Merrill
BBO #631008
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: October 19, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on _____