UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 19 P 3: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

LAWRENCE HOWARD, JR.,                    .

                  Plaintiff,    .    CIVIL ACTION NO. 04-11169(REK)

                v.                    .

AMERICAN OVERSEAS MARINE            .
CORPORATION,                                      .

                Defendant.    .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .


## DEFENDANT AMERICAN OVERSEAS MARINE CORPORATION'S DISCLOSURE STATEMENT

Pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Defendant American

Overseas Marine Corporation ("AMSEA") hereby identifies the following parent corporation

and other publicly held companies that own 10% or more of AMSEA stock.

    **A.**      **AMSEA's Parent**

AMSEA's parent corporation is General Dynamics Corporation located at 2941 Fairview

Park Drive, Falls Church, Virginia.

    **B.**      **Companies that own 10% or more of AMSEA stock**

General Dynamics Corporation owns 100% of AMSEA stock.

FHBOSTON/1115488.1

**American Overseas Marine Corporation**

By its attorneys:

James W. Bucking
BBO #558800
Scott C. Merrill
BBO #631008
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: October 19, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by (hand) (mail) on