UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

.................................

LAWRENCE HOWARD, JR.,

                Plaintiff,                CIVIL ACTION NO. 04-11169(REK)

          v.

AMERICAN OVERSEAS MARINE
CORPORATION,

                Defendant.

.................................

**CERTIFICATION OF DEFENDANT AMERICAN OVERSEAS MARINE
CORPORATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

Pursuant to Local Rule 16.1(D)(3), Defendant American Overseas Marine Corporation and its attorneys hereby certify that they have conferred regarding a budget for the above-captioned litigation and have discussed the use of alternative dispute resolution such as that outlined in Rule 16.4 to resolve the matter.

Respectfully submitted,

_____
James W. Bucking (BBO#558800)
Scott C. Merrill (BBO#631008)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
617-832-1000

_____ 10/28/04
Peter Lawrence
President
American Overseas Marine Corporation
116 East Howard Street
Quincy, MA 02169

Dated: ~~November 2~~ October 29, 2004

FHBOSTON/1123093.1