UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

..........................................

LAWRENCE HOWARD, JR.,

            Plaintiff,          CIVIL ACTION NO. 04-11169(REK)

v.

AMERICAN OVERSEAS MARINE
CORPORATION,

            Defendant.

..........................................

## DEFENDANT AMERICAN OVERSEAS MARINE CORPORATION'S MOTION TO AMEND ANSWER

Pursuant to Federal Rule of Civil Procedure 15(a), defendant American Overseas Marine Corporation ("AMSEA") hereby moves for leave to file an amended answer, in the form attached hereto as Exhibit A, in order to assert an additional affirmative defense. AMSEA has set forth its grounds for this Motion in its concurrently filed Memorandum of Law.

**American Overseas Marine Corporation**

By its attorneys:

S/ James Bucking
_____
James W. Bucking
BBO #558800
Scott C. Merrill
BBO #631008
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: February 3, 2005

FHBOSTON/1159846.1

- 2 -

## Local Rule 7.1(A)(2) Certification

Pursuant to Local Rule 7.1(A)(2), AMSEA certifies that it has conferred with counsel for plaintiff Lawrence Howard to seek his assent to AMSEA's proposed amendment. No assent was granted by plaintiff's counsel.

                                      s/ Scott Merrill
                                      Scott C. Merrill, Esq.