Page 230

[1]  A: Right.
[2]  Q: And for most of that time, you worked at
[3] Amtrak?
[4]  A: Yes.
[5]  Q: And why did you stop working at Amtrak?
[6]  A: We had a disagreement.
[7]  MR. WOOD: And that's all that you're going
[8] to say about it, Larry.
[9]  MR. BUCKING: So you're instructing the
[10] witness not to answer any questions about his
[11] employment at Amtrak?
[12]  MR. WOOD: Yes. I'm sorry, I take that
[13] back. He can answer questions about what he did at
[14] Amtrak. He cannot answer any questions concerning
[15] any reasons for him leaving Amtrak, any claims he
[16] may or may not have brought against Amtrak or any
[17] issues that he had during his employment at Amtrak.
[18] But you can feel free to ask him questions about
[19] what his job duties were and the like, but nothing
[20] concerning any issues, claims or the like concerning
[21] his employment with Amtrak.
[22]  MR. BUCKING: Just so you know, as far as
[23] I'm concerned, this instruction not to answer is
[24] totally inappropriate, unless you plan to leave here

Page 231

[1] and go to court and seek a protective order. And
[2] that's what the rules say, so I expect you will do
[3] that.
[4]    And pending that, I'm not going to get into
[5] what I can and cannot ask him and spend a lot of
[6] time going back and forth trying to figure out what
[7] you're going to allow him to answer and not allow
[8] him to answer.
[9]    So I expect we'll be back here having a
[10] deposition continued after the court rules on your
[11] motion for a protective order, at which time I'll be
[12] able to ask him about Amtrak, and I'll ask all the
[13] questions I have to ask at that time. So —
[14]  MR. WOOD: You're entitled to your
[15] expectations. Go ahead and ask the next question.
[16]       BY MR. BUCKING:
[17]  Q: Now, after you left Amtrak, was there
[18] approximately a one-year period where you didn't
[19] work anywhere?
[20]  A: I was actually involved after leaving
[21] Amtrak in the development of some real estate, so
[22] that I would be able to open a restaurant. And I
[23] ran out of funds. It did not work out. I must have
[24] spent a year plus time working in the building that

Page 232

[1] I was hoping to open a restaurant in.
[2]  Q: And then you worked for the John Connelly
[3] Detention Center?
[4]  A: Yes, for a short period of time.
[5]  Q: And why did you leave there?
[6]  A: A couple of reasons. I didn't get along
[7] very well with the people there. The pay was
[8] terrible. It wasn't very much pay.
[9]  Q: Did you get fired?
[10]  A: No.
[11]  Q: Did you quit?
[12]  A: Yes.
[13]  Q: Can you tell me what Exhibit 22 is.
[14]  A: This is a resume.
[15]  Q: Do you know when you used this resume?
[16]  A: Since this one. It's the most recent.
[17]  Q: Is the information on that resume truthful
[18] and accurate?
[19]  A: To the best of my ability.
[20]  Q: And what about the first resume?
[21]  A: To the best of my ability.
[22]  MR. BUCKING: Off the record.
[23]    (Recess taken from 4:52 to 4:55 p.m.)
[24]  MR. BUCKING: I have no further questions,

Page 233

[1] pending the outcome of the motion for a protective
[2] order.
[3]  MR. WOOD: I have no questions.
[4]    (Whereupon, the deposition was
[5] concluded at 4:52 p.m.)