3



Lawrence Howard
P.O 260776
Boston, Massachusetts 02126
617-416-2722
617-288-3854

## Education
Selma High School, Selma, Alabama
High School Diploma Class of 1968-1969

## Work Experience
Judge Connelly Detention Center: 3/2002 - 6/2002
Roslindale, Massachusetts
Position: Food Service Program Supervisor
Duties: Provide leadership to the food preparation staff along with the cooks and food service support staff as well as training for the detainees showing an interest in food service upon their release.
Daily functions include overseeing the kitchen staff, supervising the preparation and cooking of three meals, and storage of all kitchen related supplies.
Due to training of six to ten detainees a structured course is provide where-by vocational training is offered and administered on site in the facilities kitchen five days per week. The training is directed by The Food Service Program Supervisor which include kitchen maintenance, ordering and receiving of food supplies, storage of food items as well as paper product, rotation of supplies, basic cooking instruction, portion control, and menu development. This Food Service Training Program is offered in conjunction with normal certified academic classroom teaching as required by the Commonwealth of Massachusetts.
The Food Service Supervisor is responsible to the Program Director and required to operate The Food Service Program with respect for monthly budget limitations.

Amtrak Rail Passenger Service Incorporated: 4/1993 - 1/2001
Boston, Massachusetts
Position: Lead Service Attendant
Duties: Ordering food supplies for train trips that last up to as much as four days. Overseeing the proper storage of food and support items along with a constant vigil on The Food and Drug Administration's required temperature testing with standard thermometers adjusting and readjusting temperatures as needed. Also overseeing the preparation and often involved in the serving of food to the passengers. Overall responsibility required accounting and financial close-out and revenue balancing against unsold food items. Duties also required supervision of cooks and wait-staff on long distance train trips that involved cleaning, repacking and forwarding of unsold food items to the Amtrak Distribution Center.



# Lawrence Howard Jr.
37 Mascot Street
Boston, Massachusetts 02124
617-288-3854
781-856-0775

**Objective:** To secure a position in the food industry that offers upward mobility and corporate desire to be the best in service and product quality.

**Education:** Selma High School
Selma, Alabama

Johnson Whales
Charleston, South Carolina

**Certifications:** Table Side Cooking
Italian Cuisine
Basic First Aid
CPR
Shipboard Fireman Certification
U.S. Navy Standard Food Handling & Sanitation

**Experience:** March 2004 - present
Commonwealth Communities at Avery Crossing         Needham, MA
Assisted Living Community
Position: Chef
Duties: Reporting to The Director of Food and Beverage, responsible for 2 daily meals with a rotating schedule also including receiving food shipments, securing storage of food shipments, and supervising the kitchen and waitstaff.

January 2003 - October 2003
American Oversee Marine (AMSEA)                    Quincy, MA
Position: Chief Cook
Duties: Responsible for assisting the Chief Steward, cooking of the meals, receiving shipment of stores and proper storage also supervising kitchen staff and maintaining weekly sanitation chores.

March 2002 - June 2002
Judge Connelly Detention Center                    Roslindale, MA
Position: Food Service Program Supervisor
Duties: Providing leadership to the cooks and food service support staff as well as training for the detainees showing interest in food service upon release.
Daily function include overseeing the kitchen staff, supervising the preparation and cooking of three meals, and storage of all kitchen related supplies. Due to the training of six to ten detainees a structured course is provided where by vocational training is offered and administered on site in the facilities kitchen five days a week. The training is directed by the Food Service Program Supervisor which included kitchen maintenance, ordering and receiving of food supplies, storage of food item as well as paper products, rotation of supplies, basic cooking instructions, portion control, and menu development. This Food Service Training Program is offered in conjunction with normal certified academic classroom teaching as required by The Commonwealth of Massachusetts.

Lawrence Howard Jr.

April 1993 - January 2001
Amtrak Rail Passenger Service Incorporated                                   Boston, MA
Position: Lead Service Attendant
Duties: Ordering food supplies for train trips that last up to as many as four days. Overseeing the proper storage of food and support items along with constant vigil on the Food and Drug Administrations required temperature testing with standard thermometers adjusting and readjusting temperatures as needed. Also supervising the wait-staff and cooks also the preparation and often involved in the serving of food to the passengers. Overall responsibility required accounting and financial close-out and revenue balancing against unsold food items returned to Amtrak's distribution center.

October 1982 - April 1993
Military Sealift Command/Atlantic                                              Bayonne, NJ
Position: Yeoman Storekeeper
Duties: Requisition of supplies for ship use, receiving supplies and properly storing them. Responsibilities also included logging in stock, researching part availability, ordering parts and supplies as requested by department heads. Duties also included unrepping, gathering and packaging of items to be transferred ship to ship, monthly inventory, and providing the supply officer with accurate information pertaining to the fuel tank measurements, and assisting in the transfer of fuel from tank to tank.

August 1985 - November 1990
Just Bar - B- Q Restaurant                                                       Boston, MA
Position: Owner/ Operator
Duties: To oversee entire operation that consisted of retail outlet, catering service that specialized in board room catering, weddings, parties and picnics. Just Bar - B- Q was also a brand name Bar - B - Q found in the major grocery stores in the Boston area. Responsibilities included staff assignments, recipe development, onsite management of the entire operation.

March 1970 - September 1982                                                   Brooklyn, NY
National Maritime Union
Position: Utility, BR, Second Cook, Chief Cook
Duties: Entry level work for various shipping companies assigned by the union.

**References:**     Available upon request