4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Lawrence Howard, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 04-11169 REK |
| vs. | ) | |
| | ) | |
| American Overseas Marine Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S ANSWERS AND OBJECTIONS TO
DEFENDANTS' FIRST SET OF INTERROGATORIES

Now comes the Plaintiff, Lawrence Howard, Jr., by his attorney, and pursuant to Fed.R.Civ.P. 33, answers and objects to Defendant's First Set of Interrogatories as follows:

General Objections

Plaintiff objects generally to Defendant's requests to the extent they seek information and documents protected from disclosure by the attorney-client privilege and work product doctrine. This information and these documents consist of private communications between Plaintiff and his counsel, information consisting of Plaintiff's counsel's attorney work product, documents prepared by the Plaintiff at the direction of his counsel, documents prepared in anticipation of litigation by the Plaintiff and/or his counsel.

-1-