5

Page 226

[1] A: It still doesn't help me figure out when I
[2] created it or when it was created.
[3] Q: Can we just go through this, starting at
[4] the bottom on Page 2.
[5] A: Sure.
[6] Q: Actually, let's start at the top on Page 1
[7] and then go to the bottom of Page 2. You graduated
[8] high school in 1969; is that correct?
[9] A: '69. I think it's the class of '69/'70.
[10] Q: It says, "Class of '68/'69."
[11] A: Yeah, all right; maybe it was '68/'69.
[12] Q: Did you get a diploma?
[13] A: Yes.
[14] Q: You actually graduated high school?
[15] A: Yes, I did.
[16] Q: Did you go to college?
[17] A: Nothing worth talking about. I did start a
[18] class at UMass. I was a student at the University
[19] of Massachusetts, Boston campus.
[20] Q: Was that immediately after high school or
[21] later?
[22] A: No. It was some years later.
[23] Q: What did you do immediately after high
[24] school?

Page 227

[1] A: I think I spent most of that time trying to
[2] ship out, working for National Maritime Union.
[3] Q: How is it that you learned about the
[4] National Maritime Union?
[5] A: I'm not sure. It's been quite a while.
[6] It's been about 35 years ago.
[7] Q: Take a look at the bottom of Page 2. When
[8] did you go to Johnson Wales?
[9] A: I don't know what year that was.
[10] Q: Was that right after high school?
[11] A: No, no. I had spent some time with the
[12] National Maritime Union and wasn't getting very much
[13] work with them, and had gone over and started
[14] working for Military Sealift Command. In fact, they
[15] are the ones who paid for the training at Johnson
[16] Wales.
[17] Q: All right.
[18] A: It had to be in the '80s or late '90s that
[19] I was at Johnson Wales, School of Culinary Arts in
[20] Charleston, South Carolina.
[21] Q: Now, from March of 1970 through September
[22] of 1982, were you at sea?
[23] A: From 1970 until '82?
[24] Q: Yes.

Page 228

[1] A: Oh, I'm sure I did a lot of other things,
[2] but that probably was a focus.
[3] Q: Well, it's the only thing on your resume
[4] for those 12 years. Was that your principal job?
[5] A: Yes.
[6] Q: When you say, you did a lot of other
[7] things, what does that mean?
[8] A: If I found a job where I could work a
[9] month — my mom owned a restaurant. I worked in
[10] there sometimes. I did whatever I could do just to
[11] keep income.
[12] Q: Well, for those 12 years, is it the case
[13] that you might have been at sea for four months and
[14] then on shore for a few months?
[15] A: I may have been on shore for 12 or 14
[16] months at a time. Shipping was very scarce, very
[17] tough with the National Maritime Union.
[18] Q: So what you're saying is while you were on
[19] shore, you worked other jobs to make money?
[20] A: Yes.
[21] Q: And then in 1982, you went to the Military
[22] Sealift Command in New Jersey?
[23] A: Yes, I did.
[24] Q: Now, was that a full-time job?

Page 229

[1] A: That was.
[2] Q: And you worked that for 11 years?
[3] A: About that, off and on.
[4] Q: What does that mean, "off and on"? Why
[5] would that be off and on? Same reason?
[6] A: Work a ship a while, come home, work a
[7] while, go back, yes.
[8] Q: Now, is the Just Bar-B-Q Restaurant your
[9] mother's restaurant?
[10] A: That was mine. I owned it.
[11] Q: Did your mother have anything to do with
[12] that?
[13] A: No.
[14] Q: And you owned that while you were working
[15] for the Sealift Command?
[16] A: Yes.
[17] Q: Now, between April of 1993 and January of
[18] 2003, so for that ten-year period, did you work on
[19] the sea at all?
[20] A: Say that again.
[21] Q: From April of 1993 to January of 2003, that
[22] ten-year period —
[23] A: No.
[24] Q: You did not work on the sea at all.