UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

LAWRENCE HOWARD, JR.,

              Plaintiff,        CIVIL ACTION NO. 04-11169(REK)

      v.

AMERICAN OVERSEAS MARINE
CORPORATION,

             Defendant.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## ASSENTED-TO MOTION TO EXTEND
## DEADLINE FOR DISPOSITIVE MOTIONS

Defendant American Overeas Marine Corporation ("AMSEA") respectfully requests that the Court extend the deadline for submitting dispositive motions one week, from October 7, 2005 to October 14, 2005.

As reasons for its request, AMSEA states that:

1.     This case is appropriate for summary judgment. Defendants are currently attempting to narrow the issues for the Court's consideration on summary judgment and require additional time to do so.

2.     An extension of one week will not interfere with the timely and efficient processing of this action and should not affect the final pre-trial conference date of December 14, 2005 or the trial date of January 9, 2006.

3.     Plaintiff's counsel, Paul E. Ward, has assented to AMSEA's request.

WHEREFORE, AMSEA respectfully requests that the Court extend the deadline for submitting dispositive motions to October 14, 2005.

B3101830.1

- 2 -

                                              Respectfully submitted,

                                              **American Overseas Marine Corporation**

                                              By its attorneys,

                                              _____s/Scott Merrill_____
                                              James W. Bucking, BBO #558800
                                              Scott C. Merrill, BBO #631008
                                              Foley Hoag LLP
                                              155 Seaport Boulevard
                                              Boston, MA 02210

Dated:  September 30, 2005               (617) 832-1000


## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1

    I hereby certify in accordance with Local Rule 7.1(A)(2) that I have conferred in good faith with Plaintiff's counsel in an attempt to narrow the issues presented in this Motion.  As a result the Plaintiff has assented to this Motion.

                                              _____s/Scott Merrill_____
                                              Scott C. Merrill