UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Lawrence Howard, Jr., | ) | |
| | ) | |
|   Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 04-11169 REK |
| vs. | ) | |
| | ) | |
| American Overseas Marine | ) | |
|  Corporation, | ) | |
| | ) | |
|   Defendant. | ) | |

PLAINTIFF'S *ASSENTED TO* MOTION FOR A BRIEF ONE-WEEK
EXTENTION TO OPPOSE THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff, Lawrence Howard, Jr., by his attorney, and respectfully requests a brief one-week extension to and including **November 4, 2005** to file his opposition to the Defendant's motion for summary judgment. The said opposition is otherwise due on October 28, 2005.

As good cause for the allowance of the within motion, Plaintiff respectfully submits that undersigned counsel needs the addition time to adequately prepare the said opposition and is under several other court-imposed deadlines.

The Defendant will not be prejudiced by the allowance of the within motion and has kindly assented to the same. The Court had previously granted Defendant a similar extension to file its summary judgment motion. The allowance of the within motion will not affect any scheduled deadlines in the within action.

WHEREFORE, for the foregoing reasons the Plaintiff, Lawrence Howard, Jr., respectfully requests that the within motion be ALLOWED.

        Respectfully Submitted,
        Lawrence Howard, Jr.
        By his attorney,


        /s/ Paul F. Wood
        Paul F. Wood, BBO 565195
        Law Office of Paul F. Wood, P.C.
        45 Bowdoin Street
        Boston, MA  02114
        (617) 532-2666

ASSENTED TO:

/s/ Scott C. Merrill (pfw w/permission)