UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Lawrence Howard, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 04-11169 REK |
| vs. | ) | |
| | ) | |
| American Overseas Marine Corporation, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S EXHIBIT LIST SUBMITTED IN
OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff, Lawrence Howard, Jr., by his attorney, and submits the following attached exhibits in opposition to the Defendant's motion for summary judgment:

1. Excerpts from the Deposition of Lawrence Howard, Jr.;

2. Excerpts from the Deposition of Richard Williamson;

3. Plaintiff's Answers to Interrogatories;

4. Excerpts from the Deposition of Avis Hawkins;

5. Memorandum from Avis Hawkins to Calvin Williams;

6. Memorandum from Lawrence Howard to Nancy Vaupel;

7. Discharge Notice.

Respectfully Submitted,
Lawrence Howard, Jr.
By his attorney,

/s/ Paul F. Wood
Paul F. Wood, BBO 565195
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA 02114
(617) 532-2666