**EXHIBIT 4**

## Page 1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LAWRENCE HOWARD,            ) Civil Action
                            ) No. 04-11169(REK)
                            )
        Plaintiff,           )
                            )
    v.                       )
                            )
AMERICAN OVERSEAS MARINE CORPORATION, )
                            )
                            )
        Defendant.           )

DEPOSITION UPON ORAL EXAMINATION
OF AVIS HAWKINS
TAKEN ON BEHALF OF THE DEFENDANT

Norfolk, Virginia
June 22, 2005

Appearances:

   LAW OFFICE OF PAUL F. WOOD
   By:  PAUL F. WOOD, ESQUIRE
        45 Bowdoin Street
        Boston, Massachusetts 02114
        Counsel for the Plaintiff

   FOLEY & HOAG, L.L.P.
   By:  SCOTT C. MERRILL, ESQUIRE
        Seaport World Trade Center West
        155 Seaport Boulevard
        Boston, Massachusetts 02210-2600
        Counsel for the Defendant

## Page 2

I N D E X

| DEPONENT | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| AVIS HAWKINS | 4 | | | |

E X H I B I T S

| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Code of Ethics | 59 |
| 2 | Incident Report | 80 |
| 3 | 9-17-03 Letter | 102 |
| 4 | Letter of Warning | 113 |
| 5 | Memo | 142 |
| 6 | Notice | 147 |
| 7 | Memo | 147 |
| 8 | 10-4-03 Letter | 174 |

## Page 3

Deposition upon oral examination of AVIS HAWKINS, taken on behalf of the Defendant, before Stacey Halberg, RPR, a Notary Public for the Commonwealth of Virginia at large, taken pursuant to notice, commencing at 10:05 a.m. on June 22, 2005 at the law offices of McGuire Woods, L.L.P., World Trade Center, Suite 900, 101 West Main Street, Norfolk, Virginia; and this is in accordance with the Federal Rules of Civil Procedure.

AVIS HAWKINS, called as a witness by and on behalf of the Defendant, being duly sworn, testified as follows:

MR. MERRILL:  Stipulations, Paul?
MR. WOOD:  Usual stipulations.
MR. MERRILL:  Reserve objections, except as to form.  Reserve motions to strike.  Read and sign, 30 days.
MR. WOOD:  That's acceptable.
MR. MERRILL:  Okay.
        - - -

## Page 4

AVIS HAWKINS, called as a witness by and on behalf of the Defendant, being first duly sworn, testified as follows:

DIRECT EXAMINATION
BY MR. MERRILL:
   Q   Ms. Hawkins, my name is Scott Merrill.  I work for the firm Foley & Hoag in Boston, Massachusetts.
       We represent the American Overseas Marine Corporation.  We're representing them in a matter brought by Lawrence Howard.
       What you are basically going to be doing here is responding to a series of questions under oath.  If you don't understand a question, you can ask for clarification.  Let me know.
       Again, your answers are under oath, so it's subject to the pains and penalties of perjury.
       Do you understand so far everything?
   A   Yes.
   Q   Is there anything that will affect your ability to testify truthfully today?
   A   No.
   Q   Okay.  Are you under the influence of any drugs at this time?

**Page 33**

```
 1  during dinner time as well?
 2      A    Any time.  Larry talks to everybody.
 3      Q    Did you see him talking to anybody, other
 4  than Jim, during those times?
 5      A    He talked to Mr. Jim.  He talked to Nancy.
 6  Him and her used to go in the office all the time
 7  and talk.
 8           Every now and then he'd talk to Greg, but
 9  nothing big.  He'd talk to Greg.  He'd talk to --
10      Q    Greg Williams?
11      A    Yes.
12      Q    Okay.
13      A    I don't know.  There's just so many
14  people.  He pretty much would talk to anybody and
15  everybody on ship, whereas, I wouldn't so, you know.
16      Q    Okay.  Anybody, other than crew members,
17  who might have knowledge of his claims?
18      A    The captain.  He got the memos.  He went
19  up there and talked.  As a matter of fact, he not
20  only got memos, they even had a meeting on the ship,
21  I think, twice.
22      Q    Anyone other than the captain?
23      A    Chief Mate Salvatori was up there for one
24  or two meetings.  Normally when they had those
25  meetings, Captain always have to have his first
```

**Page 34**

```
 1  officer.  I'm assuming they used to be up there
 2  together.
 3      Q    When you say "they used to be up there
 4  together," you mean Larry and Sal Sino?
 5      A    No.  If the captain called a meeting,
 6  wanted to talk to personnel, he would have chief
 7  mate come in for, I guess, witness purposes.  If he
 8  didn't, it was just a one-on-one, you know.
 9      Q    Are you talking about Sal Sino?
10      A    Yes.
11      Q    Anybody else?
12      A    No.
13      Q    Just so I'm clear, all the documents that
14  you had concerning your employment with AMC you
15  turned over to the union?
16      A    Right.
17           The memos was basically, like I said,
18  about Nancy Vaupel and her treatment to me and the
19  statements that Sal Sino made about two bitches
20  can't get along, you know.
21           Sal witnessed the time when we -- me and
22  her was going at it because she refused to pay me
23  for work I done.  He let her know you can't do that.
24  It's against policy, you know.
25           It was a book they give us to let us know
```

**Page 35**

```
 1  who to call when we having problems, you know, but
 2  it was -- I'm telling you, it was a nightmare.  I
 3  ain't never seen nothing like it.  I worked on AMC
 4  ships before.  I never witnessed nothing like that
 5  before.
 6      Q    When you say "nothing like that," what do
 7  you mean specifically?
 8      A    Exactly what I'm saying, the
 9  discrimination.
10           I mean right blunt like, okay, Ms. Vaupel.
11  I was cleaning the stairwell.  You have to take a
12  bucket.  You don't have elevator.  You have a
13  bucket.
14           You have to go from one level to the next.
15  When the handle flew over, I tripped over, sprained
16  my ankle.
17           Sal took me into the thing, gave me a
18  compress, put my feet in one of those pull-on Ace
19  bandage things.
20           So he went down there, let her know she
21  need light duty.  She going to say she need to go on
22  home then.  But two days later one was on her foot.
23  Nobody told her she need to go home.
24           It was stupid stuff with her.
25           In the bottom of the ship cleaning, a
```

**Page 36**

```
 1  broomstick handle popped loose, popped her in her
 2  arm.  Me, Ramone and Danny, somebody else was down
 3  there, we grabbed, made sure she was okay.  She was
 4  like I just got popped in the arm.
 5           The next thing I know, she told the
 6  people -- showed her bruise, said Larry hit her.  I
 7  said that didn't happen that way.  That came from a
 8  broom handle.
 9           Me and Ramone --
10      Q    Who is Ramone?
11      A    He was an SA.  He was from New York.  I
12  believe -- I want to say Ramone Hernandez.  That
13  name sticking in my head.
14           It was little stupid stuff like that.  Our
15  proper orders is you go through the ship's delegate,
16  steward delegate.
17           I went through my delegate to handle her.
18  She refused downright to do what she supposed to do.
19  Come to find out, Steve said to me -- just got mad
20  because when you come on, every steward come on, you
21  get a piece of paper with rules, regulations,
22  whatever they want you to do.  You sign off on it.
23           I said that's the same paper Bob gave me.
24  When she came on she gave me the same piece of
25  paper.  I threw it in the trash.  It's that same
```

**Page 53**

1  Q  How did you find out about him getting
2  beat up, robbed?
3  A  The crewmen that was out there in the
4  city. I was on ship. It was buzz of the whole
5  ship. He was in the hospital, got robbed, stabbed,
6  the whole nine.
7  Q  What did you hear about what happened to
8  him?
9  A  Him and Mr. Bob, second mate, went out.
10  Mr. Bob got tired, was coming back in. Captain said
11  I'm right here close to the club. I'll walk to the
12  club.
13  Q  Was someone else at the club?
14  A  All rest the crew members that went out
15  there. I'm going to walk to the club.
16     Next thing you know, three guys jumped on
17  him fighting out there in the street. Two more guys
18  came from somewhere, they stabbed him, robbed him.
19  They did a bang up job on him.
20     By this time the other guys out there came
21  in. They was telling. It was just the buzz on
22  ship. I think an agent from Derby came on.
23  Q  This was in South Africa?
24  A  Yes.
25     Anything going on on that ship, especially

**Page 54**

1  a physical thing, that would have been the buzz if
2  he hit her that morning when she got popped with the
3  broom handles. It was nothing walking around that
4  ship that went into about it. That would have been
5  hubbub. That would have been first thing when Steve
6  Ruiz stepped his foot on that gangway, they would
7  have been running up, they hit her.
8     It was none of that.
9     I said this is trip. How is it nobody
10  knew nothing about him hitting her until you get up
11  here, but when Captain got robbed, we knew about it
12  before he even got on the ship?
13  Q  The conversation with Larry about why he
14  was terminated, other than hitting Vaupel, did he
15  say anything else?
16  A  If he did, I can't recall. Could have
17  been Ms. Vaupel. Could have been Steve Ruiz. I
18  don't know.
19     Either way you look at it, I told him he
20  was dumb.
21  Q  Did you ever witness an incident around
22  that time, like toward the end of the voyage, an
23  incident between Larry and Nancy Vaupel?
24     MR. WOOD:  Objection --
25  BY MR. MERRILL:

**Page 55**

1  Q  -- where there was an argument going on?
2  A  No. Not that I can remember.
3  Q  Okay.
4     What happened after that conversation with
5  Larry Howard? After the captain left, you talked
6  further. What happened next?
7  A  I told him I help you get your stuff out.
8     All you can't take with you, I take it,
9  stick it in my room until you can get it -- until we
10  get back to Newport News.
11     I mean, I didn't know what else to tell
12  him. He has a niece that stays here. It would be
13  easy to get his stuff. She could come get it. They
14  put it on the gangway on pier side for him to pick
15  up.
16     All he didn't take with him was mailed
17  home or left in my quarters. It was picked up after
18  ship got back. I didn't keep on top of with Larry
19  about this mess. It was -- pretty much just worked
20  on my nerves.
21  Q  How long after Captain left did you
22  continue to talk with Larry before he left the ship?
23  A  I talked to Larry. He had a time limit.
24     I helped him hurry up, throw stuff in
25  boxes. I don't know. I helped him pack his stuff

**Page 56**

1  as good as he can get it and store in the military
2  rooms. I help him store a couple boxes in there. I
3  don't know.
4     After all was said and done, we left. I
5  said this is a mess. This is a mess. That's all I
6  know as far as that goes. That particular night --
7  I don't know what all was said before I got back
8  from the doctor's office.
9  Q  How was it that you first came to work for
10  AMC?
11  A  I worked with AMC on Juby, Cape Juby.
12  Loved it. No problems.
13  Q  What was your position there?
14  A  Third cook.
15  Q  What does third cook do?
16  A  I prepare vegetables. Whatever the chief
17  cook need me to do as far as vegetables, bread,
18  maybe the desserts, stuff like that.
19  Q  Where were you? Was the ship out or where
20  did it travel?
21  A  Wilmington, North Carolina by the -- at
22  the USS Battleship Memorial.
23  Q  When you first signed on with AMC, did you
24  have any training?
25  A  I had all my training from Piney Point.

93

1  Q  When he helped out in the galley, did
2  Larry Howard ever respond negatively to that or tell
3  him to leave?
4  A  No.  Everybody got along good.
5  Q  You got along well with Bob Furth?
6  A  Yes.
7     Greg came on after the little boy left,
8  the little boy that was an inspiring boxer.  I can't
9  think of his name.  Ray.  He was the baker.  Didn't
10 nobody have a problem.  Ain't no problem started
11 until Greg and lady got up there.  Everything hit
12 fan.
13 Q  When Nancy would look in the pot and that
14 sort of thing, was she a micro manager?  In other
15 words, she'd look more closely at what everybody was
16 doing each day more so than Bob Furth?
17 A  I don't know.
18    I tried staying away from Nancy pretty
19 much.  When she'd do a menu, this is it.  Tell Larry
20 this is what she want.  She come out, look in every
21 pot, pan, make sure it was in there.
22 Q  What about overseeing the set up of the
23 mess?
24 A  She look in, peep in.  If she see
25 something she wanted to add, she say let's put

94

1  something else up here, whatever.
2  Q  Was Bob Furth any different?
3  A  No.
4  Q  What about in preparing salad bar?
5  A  Yes.  She was different.
6     She'd put stuff up there ain't nobody
7  going to eat.  Everybody knew everybody's routine
8  before she got there as opposed to wasting what
9  people eat and won't eat.
10    Nobody would even touch stuff she put up
11 there.  I be like, Nancy, they don't eat that.  I
12 want it up there.
13 Q  What sort of things would she put up
14 there?
15 A  That old fish nobody ate.  I don't know
16 what it was.  I didn't recognize it.
17 Q  So you thought --
18 A  I didn't think nothing.
19    She did what she wanted to do pretty much.
20 I just did my job.  If it's up there, it's up there.
21 You come back couple days.
22    Longest I'd keep anything up there, two
23 days.  After that it's going into the trash because
24 that was waste.
25    I didn't make comments with her on -- I

95

1  said, Nancy, they don't eat that.  She thought it
2  was nasty for them to have balsamic vinegar and
3  mushrooms in the jar together.  That's for officers.
4  Q  Would you tell her she was wrong about her
5  choice for salad bar?
6  A  No.  I said, Nancy, they won't eat that.
7  They funny about, you know.
8  Q  Were you offended by the fact that she'd
9  add things?
10 A  No.
11    My whole thing is if you going to ask
12 something -- I tell you I work with these people to
13 know their eating habit.  I'm not -- I'm like they
14 not going to eat it.  Well, I want it on the bar.
15 Q  She'd say that?
16 A  Yes.
17    I say okay.  You need to learn how to talk
18 to people.  It's just a waste.  Couldn't tell her
19 nothing.  I didn't try tell her nothing no more.
20    I would let it sit on there for two days,
21 then throw it in the trash.  It's self-explanatory.
22 I'm not going to give something you don't eat.
23 Q  You'd throw it in the trash?
24 A  After two days.  You set up 4:00.  That
25 stuff sit there from 4:00 to 6:00.

96

1  Q  Right.
2     Did Larry Howard ever say anything to you
3  about Bob Furth and his style and how he got along
4  with Bob Furth?
5  A  No.  I got along with Bob from day one.
6  Q  Did Larry Howard ever say anything about
7  how he got along or liked or didn't like Bob Furth?
8  A  No.  If he did, I don't recall.  I never
9  saw a day go by they didn't get along.
10 Q  Have you ever had occasion to be in the
11 galley and look out toward the pantry?  Is the
12 pantry right next to the galley?
13 A  Yes.
14 Q  Can you see people coming and going from
15 the officer's mess from the galley?
16 A  If you in the galley, I'm here, you can
17 see them when they walk passed the door.
18 Q  To go into the officer' mess?
19 A  Yes.  If they move real fast, if you don't
20 watch door, you'll miss them.
21 Q  Where would you have to be in the galley
22 to see out that way?
23 A  Between the door of the galley and pantry.
24 Q  What is in the pantry exactly?
25 A  Ice cream, refrigerator for milk, butter,

137

1  A   No, not for me.
2  Q   What time of night was the galley night?
3  A   Directly after dinner. We stopped serving
4  6:00. About 6:30 everybody had to be in there.
5  Q   How long would you spend on galley night?
6  A   Maybe two, three hours. It's a full, full
7  cleaning. Vents and air filters, everything.
8  Q   Did the time for galley night change at
9  all or was it always at that time?
10 A   Was always at the same time.
11 Q   While the ship was in Newport News, did
12 you have Larry Howard over for visits at your home?
13 A   Yes, him and Mr. -- I can't think of his
14 name.
15     They reconstructed my garage into a full
16 room. I paid them to do some work in my garage. It
17 was already converted into a room. What they didn't
18 do was sheetrock and insulation behind. They
19 constructed me a whole room.
20     They were paid for that.
21 Q   Who beside Larry Howard?
22 A   Mr. Larry and I can't recall the guy's
23 name, Mr. Tim, but I can't recall his name. My
24 nephew will probably remember.
25     All them be in there working.

138

1  Q   This gentleman Tim, he worked on the ship
2  with you?
3  A   No.
4      He was working at some house construction
5  place. Larry met him somewhere. It happened to be
6  that me, Larry and John Jubell was talking about
7  reconstruction, remodeling, stuff like that.
8      He said he knew a guy.
9  Q   Was there anybody, other than Larry
10 Howard, who came off the ship with you to go to your
11 house to work on that project?
12 A   John Jubell came and looked. He said he
13 didn't really have the time. He made suggestions,
14 you know.
15 Q   This gentleman John --
16 A   Jubell.
17 Q   How many times did he come to the house
18 from the ship?
19 A   A couple times since he been back.
20     Let me see. John came back when it was
21 actually done. He was like blown over by it. I see
22 John on pretty regular basis. He comes over.
23 Q   Did he come over at night?
24 A   Yes. It's always at nighttime.
25     John don't come off the ship during

139

1  daytime unless running over to Wal-Mart. Every time
2  he come over is always nighttime, him and Darrell.
3  Q   Would he go with you and Larry Howard?
4  A   Yes, sometimes, or he would bring Larry
5  over, it depends, to keep -- save me on gas since he
6  has to make trip over there anyway.
7  Q   So on nights there was galley cleaning you
8  might go over after that?
9  A   No.
10     There ain't going to be no construction
11 being done on nights of galley cleaning. That's too
12 much.
13 Q   Did Larry Howard ever stay overnight with
14 you?
15 A   No. I'm married.
16 Q   Okay. Did you ever have a romantic
17 relationship with Larry Howard?
18 A   No.
19 Q   When you talked about galley cleaning, you
20 said everybody would do galley cleaning?
21 A   All SA's.
22 Q   That would be yourself?
23 A   Yes.
24 Q   Greg Williams?
25 A   Yes.

140

1  Q   Calvin Williams?
2  A   Yes.
3  Q   And --
4  A   Danny. I keep calling the guy Joe. I
5  don't know his name. He's from New York.
6      Everybody had to be there at galley night.
7  They had their own point in galley as far as what
8  she want done.
9  Q   Everybody would do galley night, and it
10 was under Bob Furth the same as it was under Nancy?
11 A   Yes, everybody did stores on galley night.
12 Nobody is exception to the rule.
13 Q   Were there times when Greg Williams or
14 Calvin Williams didn't do galley night or were they
15 always there, as far as you know?
16 A   As far as I can remember.
17 Q   As far as you can remember, they were
18 always there?
19 A   As far as I can tell, as far as I can
20 remember.
21 Q   Is that yes?
22 A   Yes.
23 Q   When you did galley night, was there a
24 particular area you were assigned to?
25 A   No.

Page 189

1  it has to be valid.
2  Q  Do you recall anything else?
3  A  No, beside the fact he's going to say he's
4  going to file one. He said he's going to AMC
5  because he stayed so close, you know.
6     Other than that, anything else, I don't
7  know.
8  Q  Do you recall talking to Steve Ruiz when
9  he came on ship?
10 A  Yes, I did.
11    I ended up having to leave. I didn't
12 really get a chance to talk to him. I talked for a
13 minute.
14    I said, well, there were memos, everything
15 else you need. That's how all this got started. I
16 left all stuff there.
17    I talked to him for a minute before I went
18 to the doctor's office. I came back up. Everything
19 was blown slam into the air.
20 Q  You left the ship to go see a doctor?
21 A  Right.
22 Q  Okay. You mentioned on one occasion that
23 Larry was having a couple of beers with the captain.
24 Did he tell you he had had beers with the captain?
25 A  Everybody on ship know when somebody

Page 190

1  having beers.
2  Q  Was alcohol allowed on the ship?
3  A  You got to ask Captain Mahoney that.
4  Q  Why do you say that?
5  A  If it was allowed up there. If it wasn't
6  somebody needs to be in trouble, don't they, then?
7  Q  Did people regularly drink alcohol on
8  ship?
9  A  That's all you got in there, drunks and
10 alcoholics and drug addicts. That's all that is out
11 there.
12 Q  Did you ever see Captain Mahoney drinking?
13 A  No. I didn't see him drinking. I could
14 just smell it.
15 Q  When did you smell it?
16 A  When he come in the mess hall.
17 Q  How did you know it was alcohol?
18 A  I can smell alcohol.
19 Q  You never saw him drinking?
20 A  No.
21 Q  Okay.
22    MR. MERRILL: Let's take a break.
23    (Recess taken.)
24 BY MR. MERRILL:
25 Q  Ms. Hawkins, do you ever recall an

Page 191

1  occasion where Larry Howard asked you and Greg
2  Williams to look at some frozen meat?
3  A  It was green, yes.
4     It had been in the freezer too long. When
5  they did clean up all that stuff, it did get thrown
6  out or something. It was old meat.
7  Q  Do you remember when that was?
8  A  No. I don't recall if Nancy was on ship
9  at that time, but it was some old meat.
10 Q  What did he do with it?
11 A  I don't know. I thought he put it in a
12 pan and left it on the countertop for steward to see
13 it.
14 Q  Chief steward?
15 A  Yes.
16 Q  You don't know if Nancy was chief steward?
17 A  I can't recall if it was Nancy or Bob.
18 Q  Do you recall him showing you meat toward
19 the end of voyage near Blunt Island or near
20 Jacksonville?
21 A  He could have. That might have been same
22 time. I don't know.
23 Q  You don't recall?
24 A  Yes. I remember there was some bad meat
25 though. I don't know. It could have been when

Page 192

1  Nancy was up there or Bob. I don't know.
2  Q  But that particular meat that you recall
3  was not something that was going to cook, or it was?
4  A  It was supposed to be put on menu, but
5  when he pulled the meat, the meat wasn't no good.
6  It was green or something another. He start crying
7  about the meat.
8  Q  I see. Did he say to you that he was
9  going to not serve it?
10 A  No.
11    He was going to send it out there and tell
12 the steward exactly what's going on with the meat,
13 as far as I know.
14 Q  That's all you recall?
15 A  (Nodded head.)
16 Q  On that occasion where Mr. Howard came to
17 your room and knocked on the door and told you what
18 Nancy Vaupel said to him about a relationship --
19 A  Right.
20 Q  -- how was his demeanor?
21    Did he appear surprised?
22 A  Yes, he was. He was a little bit
23 surprised. He was almost in shock, for real.
24 Q  Right.
25 A  Because he wasn't expecting that from

## Page 193

```
1   Nancy, you know.
2       Q   I mean, did he appear upset or was he just
3   kind of shocked?
4       A   He was more shocked than anything else.
5   He was more shocked and chain smoked.  I was like
6   Jesus.
7           MR. MERRILL:  I guess I'm done at this
8   point.
9           Paul, do you have --
10          MR. WOOD:  I have no questions.
11          MR. MERRILL:  I guess we'll suspend at
12  this point.  I don't foresee there will be --
13  anymore testimony will be necessary.
14          MR. WOOD:  Okay.
15          In that case, I object to the suspension.
16  I would say the deposition is concluded.
17          We'll leave it at that.
18          MR. MERRILL:  Okay.
19          (Deposition concluded at 3:01 p.m.)
20          (Signature not waived.)
21                    - - -
```

## Page 194

```
1           I, AVIS HAWKINS, do hereby certify that I
2   have read the foregoing transcript of my testimony and
3   further certify that said transcript, with the
4   corrections noted below, is a true and accurate
5   transcript of said testimony.
6           Dated at _____ this _____ day of
7   _____, 2005.

9           ERRATA SHEET

11  PAGE   LINE   CORRECTION          REASON FOR CHANGE
```

```
                                                  AVIS HAWKINS
```

## Page 195

```
1   COMMONWEALTH OF VIRGINIA AT LARGE, to wit

4           Subscribed and sworn to before me
5   this _____ day of _____, 2005.




                            _____
                               Notary Public


15  MY COMMISSION EXPIRES:
    _____
```

## Page 196

```
1   COMMONWEALTH OF VIRGINIA AT LARGE, to wit:

4           I, Stacey Halberg, RPR, a Notary Public for
5   the Commonwealth of Virginia at large, of qualification
6   in the Circuit Court of the City of Chesapeake,
7   Virginia, and whose commission expires April 30, 2007,
8   do hereby certify that the within-named deponent,
9   AVIS HAWKINS, appeared before me at Norfolk, Virginia, as
10  hereinbefore set forth, and after being first duly sworn by
11  me, was thereupon examined upon her oath by counsel for the
12  parties; that her examination was recorded in Stenotype by
13  me and reduced to computer printout under my direction; and
14  that the foregoing constitutes a true, accurate and complete
15  transcript of such proceeding.
16          I further certify that I am not related to
17  nor otherwise associated with any counsel or party to
18  this proceeding, nor otherwise interested in the event
19  thereof.
20          Given under my hand and notarial seal this
21  6th day of July 2005 at Chesapeake, Virginia.



                              _____
                                 Notary Public
```

1       I, AVIS HAWKINS, do hereby certify that I
2  have read the foregoing transcript of my testimony and
3  further certify that said transcript, with the
4  corrections noted below, is a true and accurate
5  transcript of said testimony.
6       Dated at _July_ this _24_ day of
7  _July_, 2005.
8
9              ERRATA SHEET
10
11  PAGE    LINE    CORRECTION           REASON FOR CHANGE
12  ____    ____    _____   _____
13  ____    ____    _____   _____
14  ____    ____    _____   _____
15  ____    ____    _____   _____
16  ____    ____    _____   _____
17  ____    ____    _____   _____
18  ____    ____    _____   _____
19  ____    ____    _____   _____
20  ____    ____    _____   _____
21  ____    ____    _____   _____
22  ____    ____    _____   _____
23  ____    ____    _____   _____
24
25                            _____
                              AVIS HAWKINS

ZAHN COURT REPORTING
(757) 627-6554  www.zahncourtreporting.com