**EXHIBIT 5**

Tavons



EXHIBIT

#17

NOTI

CE

TO: CALVIN WILLIAMS, STEWARD DELEGATE
FROM: AVIS HAWKINS, STEWARD ASSISTANT
SUBJECT: Stewards Refusal of Notice


On 09-16-03 I served the steward a notice of the departmental issues
she refused the letter.
As my delegate you have done everything you could possibly do. The s
teward told
you yesterday that she doesnt have to give me overtime because, she
dont like the way I work
Ive been here since 05-30-03 no one else has had a problem with my w
ork except for her.
Why has she waited until its time for us to go back to the states to
realize this. Im writing you this
notice to let you know this will proceed through the Bosun since hes
the chairman. You have
stated you didnt want to be in the middle of this situation between
me and the steward, in regards
to that statement ; Im taking this matter to the next level. I will
not tolerate discrimination from anyone,
she has been blatant with her behavior towards me and she has intent
ionally not given me any
overtime.  Thank you for your efforts to help .


                                                      Thanks

SIU 0080