**EXHIBIT 6**



MEMORANDUM

TO: NANCY VAUPEL, CHIEF STEWARD
FROM: LAWRENCE HOWARD, CHIEF COOK
DATE: 09/14/03
SUBJECT: Department Operations

On several occasions I've brought to your attention the matter of unfair treatment regarding your steward's department employees. We are seeing a pattern of bad and unfair treatment towards black american employees, as I will explain in this memo and ask that it halt immediately. I should advise you that this can be seen as a department matter and I believe with an attitude adjustment and a serious display of leadership skills and ability to work with people who maybe different from you could mean a resolve. Your failure to improve on such issues as I've mentioned and will again mention in this memo will be a disservice to the employees, company, and to the union. Please find attached a list of issues that falls short of humane standards as well as corporate and union policy.

ISSUES THAT I HAVE OBSERVED:

On your second day as Chief Steward aboard the M/V Button during a brief discussion you assured me that there would be a galley clean-up night which would include the presence of all steward's dept. personnel, to date only the crewmessman Danny, the officer's mess person Avis and myself has been there you told the baker very clearly that he was to show up and clean his area. Two months has passed the baker a(white male) Gregory Williams has shown only once. Lets's contrast that action taken against Mrs.Hawkins you asked her one time to report at 6:30 am to the officers mess ready for work she failed and it resulted in a letter of warning and a meeting with the Captain, that's nothing less than double standards (i.e.), discrimination or harassment (take your pick) it's a serious charge and you should stop it and work on your behavior. On Sept 10th . I noted your lack of professionalism as you approached Mrs. Hawkins regarding a note you had given her with an assignment your note clearly failed to instruct her to make beds yet you were yelling , screaming, and accusing her of failing to follow instructions, even. after you learned of your mistake upon being told by both myself and the Chief Mate you still failed to go back and offer an apology, again your action with Avis exemplifies a pattern of hate or dislike. On several occasions I've experienced very negative responses form you after you observe me having a discussion with Avis, it seems, to anger you in a way that causes you to talk to me as you do Avis.

I will not tolerate it from you nor anyone in this organization. There are legal steps that can be taken to stop you from this kind of action, yet I hope they can be avoided. Speaking for myself and I think Avis' wishes are the same, we want to report to work do the job that we are mandated to do and have a civil, orderly line of communication with our supervisor. We're all wage earners and depend heavily on each other; we all can and should act accordingly. Your actions towards Avis and myself appear almost toxic and has created something less than ideal

Redacted

MVB   00015

working conditions, in fact this has become very tense whereby the galley has no supervision everyone does as they wish.
   More than one time I've reported to you the baker's shortcomings that included leaving foodstuff opened overnight, failing to cleanp behind himself, making bread products such as croutons,bread crumbs, pulling from the refrigerator unsliced rolls that require slicing and prepartions, failing to wash and clean the grill after he has used it, to date you've failed to address any issues regarding the baker and his disregard for the rules of sanitation or act in accords with his job description whereby the Chief Cook in charge of the galley. My question to you is,(why) If the baker wants to be Chief Cook and its okay by you, the Captain and Amsea thats fine by me; but I will not in an environment where certain individuals mainly the baker refuse to assist in areas that are mandated by his job descripiion, instead he provide only insults.
This is a problem created by you as I have brought to your attention many , many times, you've failed to take any corrective action. I've noted your lack of understanding as it pertain to overtime, not wanting to go to the Captain and your lack of ability to explain the hours I will be paid for I must wait for the overtime sheet prepared by you. Nancy, your way of distributing will more than likely be challenged before a union hearing. I recommend that you make every effort to share every hour of overtime equally among Department employees.
I think you fail to underastand that overtime is not a carrot stick given to employees as the Chief Steward see fit, it is a process that can and no doubt will be examined for fairness. Together you and I have had many discussions I've given you my best advice and assurance that you have my support I mean in every way, yet I say to you respect and fairness is always the issue of the day. Just yesterday Sat Sept. 13th I stood quietly as you commented to Jack about the paella(nasty shit) Jack's words were Blue Ribbon. My advice to you is please get a hold on your mouth , the things you say and remember we had lead by example.
Your actions leave room for improvement think about it, and accept this as a warning and a note from one of your strongest supporters. You have time to change course I hope that you will do that as soon as possible. My encouragement and best wishes are to you;
LETS MOVE FORWARD CONSTRUCTIVELY.
Although many mistakes have been made I'm available to work with you on a solution.

Thanks,

Redacted

MVB     00016