**EXHIBIT 7**

American Overseas Marine Corp

EXHIBIT
HOWARD
14
5/25/05

10/03/03

M/V Sgt William R Button, Voyage 310

From: Captain Mike Mahoney

To: Lawrence Howard, Chief Cook

Subject: Discharge for cause

In accordance with the Union Agreement, you are hereby advised that you are discharged for cause, for disrespectful behavior towards to the Chief Steward, Nancy Vaupel, more than once. This behavior includes hitting her twice on the arm on the most recent occurrence, which took place on 10/01/03.

After this incident you came to my office and told me it was a mistake to have a woman as a Chief Steward. This displays an attitude that will not be tolerated on this vessel.

This is the second occurrence of disrespectful behavior. I warned you on Aug 20, after a similar incident, not to do it again.

Details of the first occurrence are as follows:
On August 20, 2003 the Chief Steward, Nancy Vaupel, advised me Chief Cook, Lawrence Howard, walked out of the galley, stating he quit. He expressed disrespect towards her in the presence of the unlicensed deck department. I instructed the Steward to have Mr. Howard come to my office. I discussed his actions with him. He told me he was upset because Nancy was spending too much time in the Galley and this made him uncomfortable. He said he wanted to do his job without being interfered with. He admitted his actions were wrong and would not do it again. I told him the Steward had a job to do and it did require her presence in the galley.

Mr. Howard did not perform his duties for dinner the night of August 20. On the morning of August 21, I requested Mr. Howard's presence in my office again to check on his reason for not preparing or serving the evening meal the previous night. He said he had a headache and wanted to sleep. I accepted his reason. He also told me at this time, that he would cooperate with the Chief Steward and follow all her directives.

*Michael Mahoney*
Michael Mahoney
Master