UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE HOWARD, JR., | |
| Plaintiff, | CIVIL ACTION NO. 04-11169(REK) |
| v. | |
| AMERICAN OVERSEAS MARINE CORPORATION, | |
| Defendant. | |

**DEFENDANT'S ASSENTED-TO MOTION TO OFFER
VIDEOTAPED DEPOSITION TESTIMONY AT TRIAL
IN LIEU OF LIVE TESTIMONY**

Pursuant to Fed. R. Civ. Pro. 32(a)(3)(E), Defendant American Overseas Marine Corporation ("AMSEA") hereby moves (with the assent of counsel for the Plaintiff) that it be allowed to offer the videotaped deposition testimony of Greg Williams at trial in lieu of live testimony. As grounds therefor, Mr. Williams is currently working on board a merchant marine ship in the North Pacific Ocean, near Micronesia, Saipan and Guam, and will be on said ship at the time of trial. AMSEA submits that Mr. Williams' circumstances are exceptional, and procuring his appearance at trial would be exceedingly difficult and costly. While AMSEA is mindful of the importance of presenting the testimony of witnesses orally in open court, AMSEA contemplates that Mr. Williams' testimony will be limited in scope, such that the interests of justice will not suffer from the presentation of his testimony via videotape format, as opposed to in person. Finally, Plaintiff's counsel does not object to presenting Mr. Williams' testimony via videotape, and has assented to AMSEA's Motion. AMSEA agreed to assent to a similar motion by Plaintiff.

B3122872.1

- 2 -

WHEREFORE, AMSEA respectfully moves that it be allowed to offer videotaped deposition testimony of Greg Williams at trial.

**American Overseas Marine Corporation**

By its attorneys:

/s Scott Merrill
James W. Bucking
BBO #558800
Scott C. Merrill
BBO #631008
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

ASSENTED TO:

/s Paul F. Wood (scm w/permission)

Dated: November 22, 2005