UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Lawrence Howard, Jr., | ) | |
| | ) | |
|   Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 04-11169 REK |
| vs. | ) | |
| | ) | |
| American Overseas Marine | ) | |
|  Corporation, | ) | |
| | ) | |
|   Defendant. | ) | |

PLAINTIFF'S *ASSENTED TO* MOTION TO OFFER
DEPOSITION TESTIMONY AT TRIAL IN LIEU OF LIVE TESTIMONY

Now comes the Plaintiff, Lawrence Howard, Jr. ("Howard"), and, pursuant to Fed.R.Civ.P. 32(a)(3)(B), respectfully requests, *on an assented to basis,* that he be permitted to offer the deposition testimony of two witnesses, Avis Hawkins and James Hailstone, at trial in lieu of live testimony.

As good cause for the allowance of the within motion, Howard respectfully submits that:

1. Fed.R.Civ.P. 32(a)(3)(B) permits the use of deposition testimony of a witness if the Court finds "that the witness is at a greater distance than 100 miles from the place of trial or hearing, or is out of the United States, unless it appears that the absence of the witness was procured by the party offering the deposition."

2. Avis Hawkins, a former co-worker of Howard, resides in Chesapeake, Virginia, more than 100 miles from the place of trial in this matter.

3. James Hailstone, another former co-worker of Howard and present employee of Defendant, is a merchant seaman on leave in the Philippines, also more than 100 miles from the place of trial in this matter.

4. Neither Howard nor undersigned counsel have undertaken any action to procure the absence of these witnesses from the Court's jurisdiction and it is only the exceptional circumstance of their absence from the Court's jurisdiction making the within motion necessary.

5. Howard had previously assented to the Defendant's similar motion to use deposition testimony in lieu of live testimony at trial for one of its witnesses.

WHEREFORE, the Plaintiff, Lawrence Howard, Jr., respectfully requests that the within motion be <u>ALLOWED</u>.

                                              Respectfully Submitted,
                                              Lawrence Howard, Jr.
                                              By his attorney,

                                              /s/ Paul F. Wood_____
                                              Paul F. Wood, BBO 565195
                                              Law Office of Paul F. Wood, P.C.
                                              45 Bowdoin Street
                                              Boston, MA  02114
                                              (617) 532-2666

ASSENTED TO:

/s/ Scott C. Merrill (pfw w/permission)__