UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

LAWRENCE HOWARD, JR.,

                Plaintiff,        CIVIL ACTION NO. 04-11169(REK)

          v.

AMERICAN OVERSEAS MARINE
CORPORATION,

                Defendant.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**DEFENDANT'S PRETRIAL DISCLOSURES**

Pursuant to Fed. R. Civ. Pro. 26(a)(3) and Local Rule 16.5 Defendant American Overseas Marine Corporation ("AMSEA") hereby makes the following disclosures:

**A.**    **Witnesses AMSEA expects to call at trial.**

    1.    Nancy Vaupel, 340 42nd Avenue North St. Petersburg, FL 33703, 724-488-8309

    2.    Michael Mahoney, 17806 Simms Road Odessa, FL 33556, 813-376-5334.

    3.    Richard Williamson, 116 East Howard Street Quincy, MA 02169, 617-376-8445.

    4.    Calvin Williams, P.O. Box 243 Oakland, CA 94604, 510-749-9287.

    5.    Dannie Truss, 5112 MOO 13 Tepburee Rd., T. Makkhang A, Muang, Udonthani Prov 41000 Thailand, 670-323-5478.

    6.    Kermett Mangram, SIU, 115 Third Street, Norfolk, VA 23510, 757-622-1892.

    7.    Steve Ruiz, 2246 Rainbow Dr., Houston, TX 77023, 713-928-2189.

B3129462.3

B.  **Witnesses whose testimony is expected to be presented by means of deposition.**

   1. Greg Williams, 7-61 Benjang Road SOI1 Benjang Road Udon Thani, 41000 Thailand, 011-66-042-223-035.

C.  **Documents AMSEA expects to offer as evidence and evidence that it may offer.**

   1. Undated typed list of incidents (August 6th and 20th, September 2nd, 12th and 14th) concerning Lawrence Howard provided to Michael Mahoney by Nancy Vaupel

   2. September 18, 2003 four page letter from Michael Mahoney to Rick Williamson

   3. August 30, 2003 letter of warning issued to Avis Hawkins by Nancy Vaupel concerning incidents on September 1st and 2nd 2003.

   4. September 17, 2003 memo to Avis Hawkins from Lawrence Howard.

   5. Undated memo to Nancy Vaupel from Avis Hawkins.

   6. October 1, 2003 email from Michael Mahoney to Rick Williamson containing October 1, 2003 statement of Nancy Vaupel.

   7. October 1, 2003 signed statement by Nancy Vaupel.

   8. October 3, 2003 letter from Michael Mahoney to Lawrence Howard.

   9. October 17, 2003 letter to Augustin Tellez from Richard Williamson.

   10. Settlement agreement dated November 10, 2003.

   11. Collective bargaining agreement between AMSEA and SIU.

   12. December 26, 2003 Memorandum of Understanding between AMSEA and SIU.

   13. November 25, 2003 letter to Samuel Spain from Richard Williamson with one-page enclosure.

   14. Pamphlet from Chief Cook Binder - How to Recognize and Prevent Sexual Harassment in the Workplace.

   15. New Crewmember Indoctrination Information from Chief Cook Binder.

   16. January 19, 1999 EEO Policy Memorandum from Chief Cook Binder.

   17. Chief Cook job description.

18. October 27, 2003 letter to Seafarers Appeals Board from Steve Ruiz and attachment.

19. Beef Report dated October 28, 2003.

20. Shipboard Organization Manual

21. April 7, 1999 Sexual Harassment Training directive.

22. June 30, 2001 Equal Employment Opportunity directive.

23. July 13, 2003 Deck Log entry.

24. August 18, 2004 letter to Augie Tellez from Steve Ruiz.

25. Undated dues and tracking system document with notes.

26. Undated document with notes entitled Patrolman Report page II.

27. November 12, 2003 letter from Samuel Spain to Rick Williamson.

28. November 12, 2003 memo to Augie Tellez from Kermett Mangram.

**American Overseas Marine Corporation**

By its attorneys:

/s Scott Merrill
James W. Bucking
BBO #558800
Scott C. Merrill
BBO #631008
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: December 27, 2005

CERTIFICATE OF SERVICE

I, Scott C. Merrill, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by fax and electronic service on December 27, 2005.

s/ Scott Merrill

B3129462.3                                                      - 3 -