UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Lawrence Howard, Jr.,                )
                                     )
    Plaintiff,                       )          CIVIL ACTION NO.
                                     )          04-11169 REK
vs.                                  )
                                     )
American Overseas Marine             )
 Corporation,                        )
                                     )
    Defendant.                       )

PLAINTIFF'S FED.R.CIV.P. 26(a)(3) PRETRIAL DISCLOSURES

Now comes the Plaintiff, Lawrence Howard, Jr. ("Howard"), and, pursuant to

Fed.R.Civ.P. 26(a)(3) submits herein his Pretrial Disclosures in the above referenced action.

A.    WITNESSES.

      1.    The Plaintiff Intends to call:

      Lawrence Howard, Jr.
      37 Mascot Street
      Dorchester, MA 02124
      (617) 288-3854

      Avis Hawkins
      713 Edinberg Avenue
      Chesapeake, VA  23324
      (757) 321-8900

      James Hailstone
      285 Carriage Hill Drive
      Aurora, IL  60506
      011-63-919-599-7548

      Joyce M. Dennis
      37 Mascot Street
      Dorchester, MA 02124
      (617) 288-3854

2.      The Plaintiff May Call as the Need Arises:

Richard Williamson, c/o Defendant

Nancy Vaupel, c/o Defendant

Michael Mahoney, c/o Defendant

Gregory Williams, c/o Defendant

The Plaintiff reserves the right to call any of Defendants' witnesses.

The Plaintiff reserves the right to call rebuttal witnesses as necessary.

B.      WITNESSES TESTIMONY PRESENTED BY MEANS OF DEPOSITION.

The Plaintiff intends to present all or portions of the following witnesses' testimony by means of a deposition:

Avis Hawkins

James Hailstone

Richard Williamson, Fed.R.Civ.P. 30(b)(6) designee of Defendant

C.      EXHIBITS.

The Plaintiff Intends to Offer the Following Exhibits at Trial:

1.      Memorandum from Avis Hawkins to Calvin Williams

2.      Memorandum from Lawrence Howard to Nancy Vaupel

3.      Chief Cook Job Description

4.      Certificates of Discharge for Lawrence Howard, Jr.

5.      Discharge for cause memorandum, dated October 3, 2003

6.      Memorandum from Plaintiff to Avis Hawkins, dated September 17, 2003

7.      Memorandum from Avis Hawkins to Plaintiff, dated September 18, 2003

8.      Particulars of Engagement and Discharge concerning Plaintiff

9.      Letter from Defendant to Plaintiff's union, dated October 17, 2003

10.     Plaintiff's resume

11.     Master's Log, M/V Button, October 1 to 3, 2003.

12.     Handwritten letter from Avis Hawkins to Captain Mahoney, dated October 4,

        2003

13.     General Dynamics Shipboard Management Manual

14.     Memorandum of Understanding between Defendant and  Plaintiff's union, dated

        January 1, 2003

15.     Memorandum of Understanding between Defendant and  Plaintiff's union, dated

        January 1, 2004

16.     Plaintiff's 2003-2005 Federal W-2 forms

.

                              Respectfully submitted,
                              Lawrence Howard, Jr.
                              By his attorney,


                              /s/ Paul F. Wood_____ _____
                              Paul F. Wood, BBO No. 565195
                              Law Office of Paul F. Wood, P.C.
                              45 Bowdoin Street
                              Boston, MA 02114
                              (617) 532-2666