UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
LAWRENCE HOWARD, JR.,

                    Plaintiff,              CIVIL ACTION NO. 04-11169(REK)

           v.

AMERICAN OVERSEAS MARINE
CORPORATION,

                    Defendant.
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## DEFENDANT'S ASSENTED-TO SUPPLEMENT TO PRETRIAL DISCLOSURES

Pursuant to Fed. R. Civ. Pro. 26(a)(3) and Local Rule 16.5 Defendant American Overseas Marine Corporation ("AMSEA") hereby makes the additional witness disclosure set forth below. AMSEA has conferred with Plaintiff's counsel who has assented to the addition of the below witness to AMSEA's witness list.

**A.**    **Witnesses AMSEA expects to call at trial.**

      1.    William Buchner, 6433 Crossing Place, SW Port Orchard, WA 98367, 360-674-2696.

                                           **American Overseas Marine Corporation**

                                           By its attorneys:

                                           /s Scott Merrill
                                           James W. Bucking, BBO #558800
                                           Scott C. Merrill, BBO #631008
                                           Foley Hoag LLP
                                           155 Seaport Boulevard
                                           Boston, MA 02210
                                           (617) 832-1000

Dated: December 28, 2005

CERTIFICATE OF SERVICE

    I, Scott C. Merrill, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by fax and electronic service on December 28, 2005.

                                                                           s/ Scott Merrill