UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

....................................
                                    .
LAWRENCE HOWARD, JR.,               .
                                    .
            Plaintiff,              .   CIVIL ACTION NO. 04-11169(REK)
                                    .
     v.                             .
                                    .
AMERICAN OVERSEAS MARINE            .
CORPORATION,                        .
                                    .
            Defendant.              .
....................................

### DEFENDANT'S ASSENTED-TO MOTION TO OFFER DEPOSITION OF DANNIE TRUSS AT TRIAL IN LIEU OF LIVE TESTIMONY

Pursuant to Fed. R. Civ. Pro. 32(a)(3)(B), Defendant American Overseas Marine Corporation ("AMSEA") hereby moves (with the assent of counsel for the Plaintiff) that it be allowed to offer the deposition testimony of Dannie Truss at trial in lieu of live testimony. As grounds therefor, Mr. Truss is currently in Virginia and will be in New Orleans, Louisiana at the time of trial and, thus, beyond 100 miles from Boston. Finally, Plaintiff's counsel does not object to presenting Mr. Truss' testimony via deposition, and has assented to AMSEA's Motion. AMSEA agreed to assent to a similar motion by Plaintiff.

WHEREFORE, AMSEA respectfully moves that it be allowed to offer deposition testimony of Dannie Truss at trial.

B3142635.1

- 2 -

                                    **American Overseas Marine Corporation**

                                    By its attorneys:


                                    /s Scott Merrill
                                    James W. Bucking
                                    BBO #558800
                                    Scott C. Merrill
                                    BBO #631008
                                    Foley Hoag LLP
                                    155 Seaport Boulevard
                                    Boston, MA 02210
                                    (617) 832-1000

ASSENTED TO:

/s Paul F. Wood (scm w/permission)


Dated: January 3, 2005