UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

LAWRENCE HOWARD, JR.,

                   Plaintiff,        CIVIL ACTION NO. 04-11169(REK)

          v.

AMERICAN OVERSEAS MARINE
CORPORATION,

                Defendant.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## **DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

Defendant American Overseas Marine Corporation requests that the Court ask the following questions at voir dire:

1. Have you or anyone in your family ever been involved in a dispute with an employer over losing a job?

2. Have you or any member of your family ever been involved in a claim of sexual harassment or discrimination?

3. If you are selected as a juror in this case, do you know of any reason why you would find it difficult to treat a corporation with the same impartiality and consideration that you would treat an individual?

4. The defendant, American Overseas Marine Corporation, transports supplies to American forces in the Middle East. Do you know of any reason why you would find it difficult to treat a corporation that assists the U.S. military fairly and with impartiality?

Defendant further requests that, in the event any prospective juror answers any of these questions in the affirmative, the Court ask follow-up questions concerning those answers to determine any potential bias.

**AMERICAN OVERSEAS MARINE CORPORATION**

By its attorneys,

/s/ James W. Bucking
James W. Bucking, BBO #558800
Scott C. Merrill, BBO #631008
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832 - 1000

January 4, 2006