UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Lawrence Howard, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 04-11169 REK |
| vs. | ) | |
| | ) | |
| American Overseas Marine Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S PROPOSED *VOIR DIRE* QUESTIONS

Now comes the Plaintiff, Lawrence Howard, Jr. ("Howard"), by his attorney, and respectfully submits herein his proposed *voir dire* questions.

1. Have you or any member of your family been accused of sexual harassment?

2. Have you or any member of your family been accused of racial discrimination?

3. Do you have any bias, one way or the other, towards people who bring discrimination and/or harassment claims.

4. Do you have any bias, one way or the other, towards people who bring lawsuits against their employers.

5. Is there any other reason you feel you may not be impartial in this matter?

Respectfully submitted,
Lawrence Howard, Jr.
By his attorney,

/s/ Paul F. Wood_____
Paul F. Wood, BBO No. 565195
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA 02114
(617) 532-2666