UNITED STATES DISTRICT COURT
                         DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Lawrence Howard, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 04-11169 REK |
| vs. | ) | |
| | ) | |
| American Overseas Marine | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

                            PLAINTIFF'S TRIAL BRIEF

 Now comes the Plaintiff, Lawrence Howard, Jr. ("Howard"), by his attorneys, and respectfully submits herein his Trial Brief in the above-styled action.

A.   MOTIONS IN LIMINE.

 Plaintiff's Motions in Limine have been filed previously and/or will be filed prior to trial.

B.   SUMMARY OF PLAINTIFF'S POSITION.

 The Plaintiff, Lawrence Howard, Jr. ("Howard") is a citizen of the Commonwealth of Massachusetts, residing in Dorchester. The Defendant, American Overseas Marine Corporation ("AMSEA"), is a for-profit Delaware corporation with a principal place of business in Quincy, Massachusetts. Howard is an African-American male. In or around January, 2003, Howard commenced employment with AMSEA as Chief Cook aboard the Motor Vessel William R. Button ("M/V Button"), a ship operated by AMSEA. Howard had first learned of AMSEA while taking courses at the Massachusetts Maritime Academy. Howard then contacted AMSEA at its

headquarters in Quincy, Massachusetts, applied for and was offered the position.

Howard's job duties as Chief Cook included overall responsibility for meal preparation and sanitation in the M/V Button's kitchen or "galley." Howard's direct supervisor on the M/V Button was the ship's Chief Steward. From the commencement of his employment on the M/V Button through approximately July 7, 2003, Howard worked under the supervision of Chief Steward George Borremeo and then his replacement, Robert Firth. Howard met the performance expectations for his position while under the supervision of the above two individuals, and was not subject to any disciplinary action. In late June/early July, 2003, as Chief Steward Firth's rotation was due to expire while at sea, the M/V Button's Captain, Michael Mahoney, offered Howard the position of Chief Steward. Howard declined the offer.

On or about July 8, 2003 Nancy Vaupel commenced employment on the M/V Button as Chief Steward. Vaupel is a Caucasian female. Howard worked closely with Vaupel during the first days of her employment, familiarizing her with the galley and its operation. After a staff meeting during this period, Howard proceeded to Vaupel's office and invited her to do a 'walk-through' of the galley. During this conversation, Vaupel stated to Howard that she was interested in a "private relationship" with him, and that "no one else needs to know." Howard pretended not to hear her.

Vaupel made similar advances towards Howard on numerous subsequent occasions. Howard responded by stating that he was not interested in such a relationship. These acts included repeatedly referring to having a "private relationship" with Howard, inviting him into her quarters. On numerous occasions, Vaupel would act towards Howard as if they were a couple. Vaupel would additionally spend an inordinate amount of time in the galley when Howard was present. On another occasion, Howard suggested to Vaupel that she and the ship's Bosun would

make a nice couple. The Bosun had in fact stated to Howard that he was interested in Vaupel. Vaupel replied by stating that she was not interested in the Bosun and that she wanted a relationship with Howard. On another occasion, Vaupel rolled bread dough into the shape of a penis and asked Howard how he liked it. On other occasions Vaupel made references to sexual intercourse, her and Howard in bed together, and what she could do to him. Vaupel additionally described to Howard how she liked to engage in sexual relations.

Shortly before Vaupel coming aboard the M/V Button, Avis Hawkins was hired as a Steward Assistant. Hawkins is an African-American female. Prior to Vaupel coming aboard the M/V Button, Hawkins worked well with the then Chief Steward, Robert Firth, met or exceeded the legitimate performance expectations for her position, and was not subject to any type of disciplinary actions whatsoever during this period.

As an attempt to put a stop to Vaupel's unwanted advances towards him, in or around July or August of 2003, Howard stated to Vaupel that he was pursuing a relationship with Hawkins. Vaupel's response was to refer to Hawkins repeatedly as "that bitch." At no time did Howard ever pursue any time of romantic relationship with Hawkins. Hawkins, who is married, at no time did she engage in a romantic relationship with Howard. Based upon her observations of Vaupel's conduct towards Howard, Hawkins believed Vaupel was romantically interested in Howard. Vaupel treated Hawkins in a disparaging manner, far worse than her similarly-situated co-workers. Vaupel would micro-manage Hawkins' work, criticize and yell at Hawkins for no apparent reason.

In or around late July/early August, 2003 Howard met with Captain Mahoney. Mahoney is/was Vaupel's immediate supervisor. Howard informed Mahoney of Vaupel's above stated

inappropriate sexual conduct towards him, and that she was creating a distraction by her constant presence in the galley. Mahoney stated to Howard that he would speak to Vaupel concerning her conduct. Mahoney later told Howard that he did, in fact, speak with Vaupel concerning Howard's complaints. Vaupel's conduct subsided for approximately two weeks and then took on the form of retaliation. On or about August 20, 2003 Vaupel falsely criticized Howard for failing to perform his job, began screaming at Howard, and complained (falsely) to the M/V Button's Bosun regarding the same. In the Bosun's office, Vaupel again began screaming at Howard. Howard then proceeded to Mahoney's office and stated to Mahoney that Vaupel was retaliating against him because he would not enter into a romantic relationship with her, and that Vaupel was also retaliating against Hawkins. Howard asked for and was granted permission from Mahoney to be excused from his shift because Vaupel's conduct had given him a terrible headache.

    Howard also informed Mahoney that Hawkins had complained to him that Vaupel was discriminating against her because of her race. Mahoney dismissed Vaupel's conduct towards Hawkins as "two females in a spat," and otherwise failed to address Howard's complaints. Howard spoke with Mahoney on four to five occasions concerning Vaupel's inappropriate sexual conduct towards him. Howard was not Hawkins' union delegate, Calvin Williams was.

    On or about September 14, 2003 Howard transmitted a memorandum to Vaupel (with a copy to Mahoney) concerning disparate treatment and discrimination towards Hawkins on account of her race, and retaliation toward Howard after Vaupel had witnessed him conversing with Hawkins. Shortly thereafter, in late September/early October, 2003 Vaupel stated to Howard that "You've taken up with that bitch [Hawkins], and the two of you have given me a very hard time, and I intend to get even." On or about October 1 or 2, 2003 Vaupel and falsely criticized

Howard concerning his job performance and again began screaming at him.

On October 3, 2003, prior to his discharge, Mahoney spoke with Howard and threatened to terminate his employment unless he retracted his claims against Vaupel. Howard refused. On October 3, 2003, Mahoney discharged Howard "for cause" from the M/V Button. Specifically, Mahoney claimed that Howard "hit" Vaupel twice on the arm, stated to him that it was a mistake to hire a woman [Vaupel], and that Howard acted disrespectfully toward her on August 20, 2003. These allegations were completely false. At no time did Howard ever hit Vaupel. In fact, Vaupel had injured her hand when a number of broomstick handles had fallen on her a day or two before Howard's termination. Had Howard in fact hit Vaupel, it would have become common knowledge within the ship in very short order.

Proper procedure after allegations of assault by Vaupel against Howard would have been for Mahoney to confine Howard to his quarters, note the alleged assault in the ship's log, and notify the United States Coast Guard or shore-based law enforcement. None of these actions were taken. At no time did Howard ever state to Mahoney that he had made a mistake in hiring a female to be Chief Steward.

Subsequent to his termination by Mahoney, Howard spoke with Richard Williamson at AMSEA who informed him that AMSEA had in fact terminated him and that Howard could not return to work. Williamson also filed charges against Howard with Howard's union. Subsequent to his termination, Howard was refused a position on another AMSEA vessel.

As a direct and proximate result of the above conduct, Howard suffered damages in the form of lost back pay, lost front pay, severe emotional distress and was otherwise damaged. At all times relevant herein, Howard performed his job duties at least at an acceptable level, and

otherwise met or exceeded the legitimate performance expectations for his position.

C.  PROPOSED VOIR DIRE QUESTIONS.

Plaintiff's proposed *Voir Dire* questions have been previously filed with the Court.

D.  REQUEST FOR JURY INSTRUCTIONS.

Plaintiff's proposed jury instructions are submitted herewith or will be filed on or before January 5, 2006.

E.  PROPOSED SPECIAL VERDICT FORM.

The parties will file joint or separate proposed jury forms prior to the conference scheduled for January 5, 2006.

> Respectfully submitted,
> Lawrence Howard, Jr.
> By his attorney,
>
> /s/ Paul F. Wood
> Paul F. Wood, BBO No. 565195
> Law Office of Paul F. Wood
> 45 Bowdoin Street
> Boston, MA 02114
> (617) 532-2666