UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Lawrence Howard, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 04-11169 REK |
| vs. | ) | |
| | ) | |
| American Overseas Marine | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S VERIFIED *EMERGENCY* MOTION TO CONTINUE TRIAL

Now comes the Plaintiff, Lawrence Howard, Jr. ("Howard"), by his attorney, and respectfully requests, *on an emergency basis,* that the trial that the trial in this matter be continued to a mutually agreeable date. As good cause for the allowance of the within emergency motion, Plaintiff respectfully submits that:

1.    The trial in this matter is presently set to commence on January 9, 2006.

2.    On the afternoon of January 7, 2006 undersigned counsel received a voice-mail message from the Plaintiff stating that the Plaintiff's sister, who he has been caring for in Selma, AL, was taken to the emergency room of a local hospital on the night of January 6, 2006, is in the intensive care unit, and is in grave condition.

3.    Undersigned counsel was able to speak with the Plaintiff later in the day, and Plaintiff states that he is unable to attend the trial because of the above events and his responsibilities concerning his sister.

4.      Further information and/or documentation will be provided to the Court as soon as it

is received by undersigned counsel.


WHEREFORE, for the foregoing reasons, the Plaintiff, Lawrence Howard, Jr.,

respectfully requests that the within motion be ALLOWED.

> Respectfully Submitted,
> Lawrence Howard, Jr.
> By his attorney,
>
>
> /s/ Paul F. Wood_____ _____
> Paul F. Wood, BBO 565195
> Law Office of Paul F. Wood, P.C.
> 45 Bowdoin Street
> Boston, MA  02114
> (617) 532-2666

LOCAL RULE 37.1 AND 7.1 CERTIFICATION

I,  Paul F. Wood, counsel for the Plaintiff, hereby certify that on January 7, 2006 I
attempted to confer with counsel for the Defendant in a good faith attempt to narrow or resolve
the issues raised in the within motion, but that the said attempt was unsuccessful in whole or in
part.

/s/Paul F. Wood_____
Paul F. Wood

VERIFICATION

I, Paul F. Wood, counsel for the Plaintiff state that the foregoing is based upon my
personal knowledge and is true to the best of my knowledge. Signed under the pains and penalties
of perjury this 7th day of January, 2006.

/s/Paul F. Wood_____