UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Lawrence Howard, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 04-11169 REK |
| vs. | ) | |
| | ) | |
| American Overseas Marine Corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

NOTICE PLAINTIFF'S ADDRESS PURSUANT
TO THE COURT'S ORDER DATED JANUARY 9, 2006

Now comes Paul F. Wood, Esquire, former attorney for the Plaintiff, Lawrence Howard, Jr. ("Howard"), and pursuant to the Court's Order dated January 9, 2006, submits herein the Plaintiff's addresses:

**Present Address:**
Lawrence Howard, Jr.
922 Hood Street
Selma, AL  36701

**Permanent Address:**
Lawrence Howard, Jr.
37 Mascot Street
Dorchester, MA 02124

Respectfully submitted,

/s/Paul F. Wood
Paul F. Wood, BBO No. 565195
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA 02114
(617) 532-2666