Lawrence Howard Jr.
922 Hood Avenue
Selma Alabama
36701

January 23, 2006

Honorable Judge Robert E. Keeton
U.S. District Court
Boston, Ma.

Honorable Judge Keeton

This letter is to inform you that I wish withdraw the case before on January 25, 2006 Docket No. 11169 REK.
I ask that this case be withdrawn for several reasons 1. I can not afford Counsel 2. I'am still assisting an ill sister. 3. Last Counsel of record suggested at the last hour that he didn't he could win. I believe Mr. Wood failed in gathering the facts required to present adquate defense.
My work Telephone # is 334-872-2371 - 9:AM - 6:00PM
My Home Number is 334-875-1343
I'll be to answer any Question you may have concerning my request to withdraw.

Sincerely
Lawrence Howard

# LAW OFFICE OF PAUL F. WOOD, P.C.

PAUL F. WOOD

TELEPHONE
617-532-2666

FACSIMILE
617-532-2667

E-MAIL
pfwatty@comcast.net

January 9, 2006

**Federal Express and Regular Mail**

Lawrence Howard, Jr.
922 Hood Street
Selma, AL 36701

Re:   Lawrence Howard, Jr. v. American Overseas Marine Corp.;
      U.S. District Court, Docket No. 11169 REK.

Dear Larry:

I am writing to inform you what transpired in Court today. First, the emergency motion to postpone the trial was denied by the judge for lack of documentation. The Judge then allowed my request to withdraw as your attorney, and postponed the trial for that reason. He set a hearing date for **11:00 A.M., January 25, 2006, in Courtroom 3, 3rd Floor, United States District Court, One Courthouse Way, Boston, MA 02210.** You or your new attorney are required to attend this hearing or file a motion to extend the date of the hearing which much be supported by admissible evidence. A copy of the Judge's Order is attached. The Judge's clerk is Karen Folan, and her telephone number is (617) 748-9172.

Although I am no longer your attorney, I would strongly recommend that you or your attorney provide medical or other documentation concerning your sister and your reasons for not coming to Boston for the trial. The Judge also instructed me to provide both the Court and defendant's attorney with your contact information.

The contacting information for Defendant's attorneys is:

James W. Bucking, Esquire
Scott C. Merrill, Esquire
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000, fax (617) 832-7000