UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE HOWARD, JR., | |
| Plaintiff, | CIVIL ACTION NO. 04-11169(REK) |
| v. | |
| AMERICAN OVERSEAS MARINE CORPORATION, | |
| Defendant. | |

## AFFIDAVIT OF SCOTT C. MERRILL, ESQ. IN SUPPORT OF MOTION TO DISMISS AND FOR SANCTIONS

I, Scott C. Merrill, having personal knowledge of the following, hereby depose and state as follows:

1.  I am an attorney at the law firm Foley Hoag, LLP. I have been representing the American Overseas Marine Corporation ("AMSEA") in the Plaintiff's lawsuit since it was filed in 2004. Following the Court's December 15, 2005 denial of AMSEA's summary judgment motion, attorneys in our office immediately began intensive preparation for trial that was set to commence on January 9, 2006. The total cost to AMSEA of legal fees from December 16, 2005 through January 9, 2006, when AMSEA learned that Plaintiff had not appeared in court to proceed with his case, totaled $86,370.67 (legal fees and related costs). See attached Exhibit A.[1]

---

[1] The summary of legal fees and costs attached hereto as exhibits do not contain an exact breakdown of the tasks performed by each individual. Such specific information can be provided if the Court deems it necessary in determining the amount of sanctions to award.

B3155588.1

2. Part of the legal costs AMSEA incurred preparing for trial included fees associated with the video deposition of Greg Williams who was unavailable to appear at trial. Both parties agreed that Mr. Williams' deposition would be shown at trial in its entirety, in lieu of his testimony. The video conference fees included the use of a videographer in addition to the court reporter, as well as Providea Inc. which managed and maintained the satellite video feed from Mr. Williamson's location in Saipan. The total cost of these services was $1,302.00. (Providea - $438.33; National Video Reporters, Inc. - $620.10; court reporter - $243.57 (transcript, 1/2 attendance fee for 1/4/06, delivery)). See attached Exhibit B.

3. The parties also agreed that the testimony of AMSEA witness Dannie Truss would be offered at trial, via deposition transcript, in lieu of live testimony due to Mr. Truss' unavailability for trial. AMSEA incurred costs of $196.25 (transcript, attendance fee, delivery charge) related to the phone deposition of Dannie Truss that was conducted on January 4, 2006. See attached Exhibit C.

4. The parties also agreed that the testimony of Plaintiff's witness James Hailstone would be offered at trial, via deposition transcript, in lieu of live testimony due to Mr. Hailstone's unavailability for trial. AMSEA incurred costs of $170.40 (transcript, 1/2 attendance fee for 1/4/06, delivery charges) related to the phone deposition of Mr. Hailstone that was conducted on January 3, 2006. See attached Exhibit D.

5. In connection with the Court's January 9, 2006 denial of Plaintiff's Motion to Continue the trial and its order that the parties appear at a hearing on January 25, 2006, AMSEA incurred legal fees in the amount of $3,852.00 related to the preparation and filing of its Motion to Dismiss and for Sanctions, as well as preparation for the January 25, 2006 hearing. See attached Exhibit E.

6.  On January 25, 2006, AMSEA incurred legal costs occasioned by the attendance of AMSEA counsel at the pre-scheduled 11:00 a.m. hearing, which was delayed by approximately forty minutes due to the inability of the Court to locate the Plaintiff by phone. Costs to AMSEA related to its attendance at that hearing were $1,818.00. See attached Exhibit F.

7.  Since the January 25, 2006 hearing, AMSEA has incurred legal fees and costs related to preparation of documents and affidavits in support of AMSEA's request for sanctions in the amount of $1,782.00. See attached Exhibit G.

8.  The total costs in trial preparation, as well as legal work occasioned by proceedings following the delay of trial and AMSEA's request for sanctions, amount to $95,491.32.

Signed under the pains and penalties of perjury this 9th day of February, 2006.

/s/Scott C. Merrill
Scott C. Merrill

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to Lawrence Howard Jr. via first class mail on February 9, 2006.

/s/Scott C. Merrill
Scott C. Merrill

B3155588.1