A

## AMSEA Trial Preparation Charges 12/16/06 Through 1/9/06

| Date/Person | Hours | Total Hours for Day | Total Amount for Day |
|---|---|---|---|
| **Friday, December 16, 2005** | | | |
| James W. Bucking | .9 | | |
| Scott C. Merrill | 3 | 3.9 | $1,110.00 |
| **Saturday, December 17, 2005** | | | |
| Scott C. Merrill | .9 | .9 | $225.00 |
| **Monday, December 19, 2005** | | | |
| James W. Bucking | .2 | | |
| Scott C. Merrill | 1.4 | 1.6 | $430.00 |
| **Tuesday, December 20, 2005** | | | |
| James W. Bucking | 2.1 | | |
| Scott C. Merrill | 3. | 5.1 | $1,590.00 |
| **Wednesday, December 21, 2005** | | | |
| James W. Bucking | 3.1 | | |
| Scott C. Merrill | 3.2 | 6.3 | $2,040.00 |
| **Thursday, December 22, 2005** | | | |
| James W. Bucking | .6 | | |
| Scott C. Merrill | 6.8 | | |
| John E. Duke | .6 | | |
| Judith C. Gallant (Paralegal) | .2 | 8.2 | $2,233.25 |
| **Friday, December 23, 2005** | | | |
| James W. Bucking | 1.4 | | |
| Scott C. Merrill | 3.8 | | |
| Judith C. Gallant (Paralegal) | .3 | 5.5 | $1,561.00 |
| **Monday, December 26, 2005** | | | |
| Scott C. Merrill | 1. | 1. | $250.00 |

B3157238.1

| Date/Person | Hours | Total Hours for Day | Total Amount for Day |
|---|---|---|---|
| **Tuesday, December 27, 2005** | | | |
| James W. Bucking | 7.5 | | |
| Scott C. Merrill | 8.5 | 16. | $5,125.00 |
| **Wednesday, December 28, 2005** | | | |
| James W. Bucking | 14.1 | | |
| Scott C. Merrill | 11.5 | 25.6 | $8,515.00 |
| **Thursday, December 29, 2005** | | | |
| James W. Bucking | 5.4 | | |
| Scott C. Merrill | 6.5 | 10.9 | $3,785.00 |
| **Friday, December 30, 2005** | | | |
| James W. Bucking | 4.8 | | |
| Scott C. Merrill | 8.5 | | |
| Laura L. Bernardo | 6.5 | 19.8 | $5,377.50 |
| **Saturday, December 31, 2005** | | | |
| Scott C. Merrill | 6. | 6. | $1,500.00 |
| **Monday, January 2, 2006** | | | |
| Scott C. Merrill | 5 | | |
| Laura I. Bernardo | 4.8 | 9.8 | $2,452.00 |
| **Tuesday, January 3, 2006** | | | |
| James W. Bucking | 9.7 | | |
| Scott C. Merrill | 10. | | |
| Laura I. Bernardo | 8.4 | 28.1 | $8,690.00 |
| **Wednesday, January 4, 2006** | | | |
| James W. Bucking | 10.4 | | |
| Scott C. Merrill | 10.3 | | |
| Laura I. Bernardo | 7.5 | 28.2 | $8,846.00 |

B3157238.1

| Date/Person | Hours | Total Hours for Day | Total Amount for Day |
|---|---|---|---|
| **Thursday, January 5, 2006** | | | |
| James W. Bucking | 10.5 | | |
| Scott C. Merrill | 10.5 | | |
| Laura I. Bernardo | .1 | | |
| John E. Duke | 6.5 | | |
| Judith C. Gallant (Paralegal) | 2.1 | 29.7 | $9,081.00 |
| **Friday, January 6, 2006** | | | |
| James W. Bucking | 7.7 | | |
| Scott C. Merrill | 7.5 | | |
| Laura I. Bernardo | .3 | | |
| John E. Duke | 8.6 | | |
| Judith C. Gallant (Paralegal) | 2.8 | 26.9 | $7,796.00 |
| **Saturday, January 7, 2006** | | | |
| James W. Bucking | .9 | .9 | $378.00 |
| **Sunday, January 8, 2006** | | | |
| James W. Bucking | 6.8 | | |
| Scott C. Merrill | 8.5 | | |
| John E. Duke | 5.3 | 20.06 | $6,338.00 |
| **Monday, January 9, 2006** | | | |
| James W. Bucking | 10.2 | | |
| Scott C. Merrill | 7 | | |
| John E. Duke | 6.1 | | |
| Judith C. Gallant (Paralegal) | 1.5 | | |
| Melanie A. Seymore (Legal Assistant) | 1.5 | 26.3 | $7,920.50 |
| **TOTAL** | | | **$85,243.25** |

## DISBURSMENTS

| | |
|---|---:|
| Telephone calls | $ 28.43 |
| Electronic Comm. Services | 12.75 |
| Photocopying | 281.52 |
| Printing | 35.80 |
| Federal Express Service | 25.20 |
| Computer-Aided Research, Westlaw | 298.72 |
| Computer-Aided Research Lexis | 445.00 |
| Total | $1,127.42 |

B3157238.1