B

## Providea Multipoint Pre Tax/Surcharge Invoice

| Foley Hoag - 4032 | Call Start (EST) | Call End | Call Date | | | Originator | Phone |
|---|---|---|---|---|---|---|---|
| | 6:00 PM | 7:00 PM | 1/3/2006 | | | David Crowell | (617) 832-7035 |

| Participants | Call Type | Speed | | Hours | Rate | M&G | Port | Other* | Charges |
|---|---|---|---|---|---|---|---|---|---|
| Boston 0811 | Video Dial Out | 384K | | 1.33 | $88.00 | $10.00 | $0.00 | $107.00 | $234.04 |
| Verizon - Saipan | IP Dial Out | 384K | | 1.33 | $88.00 | $10.00 | $0.00 | $77.25 | $204.29 |
| | | | TOTALS | 2.66 | | $20.00 | $0.00 | $184.25 | $438.33 |

# Providea Multipoint Conferencing Reservation Form

Tech Support (888) 477-6225     (805) 384-9995     (805) 388-3161 (fax)     bridging@provideasolutions.com (email)

| | | | |
|---|---|---|---|
| **CONTACT PERSON:** David Crowell | | **Date of Meeting:** | 01/03/2006 |
| **Company Name:** Foley Hoag | | | |
| **Contact #:** (617) 832-7035 | | | |
| **Cell #:** - | | **Setup Time:** | 5:45 PM EST |
| **E-mail address:** dcrowell@foleyhoag.com | | **Start Time:** | 6:00 PM |
| | | **End Time:** | 7:00 PM |
| **Type of Multipoint:** Voice Activated | | **Billing Code:** | |
| **Data Rate:** 384K | | **Conference ID:** | 4032 |
| | | **Meeting Name:** | |
| ☐ Attended Call  ☑ Recorded Call  ☐ Netmeeting | | | |

Sites involved in conference

| # | Location | IT Contact | Audio # | Video # | Room # | Type | Spd |
|---|---|---|---|---|---|---|---|
| 1 | FOLEYHOAG-MABoston 0811 | David Crowell | (6178) 323-7035 | (617) 345-0811 | - | Video Dial Out | 384K |
| 2 | VERIZON-SAIPAN | Leanne Loan | (670) 287-2781 | 202.88.64.31 | - | IP Dial Out | 384K |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**NOTES**

**National Video Reporters, Inc.**
**58 Batterymarch St., Suite 243**
**Boston, MA 02110**
**Tel. 800-551-2440**

# INVOICE

| DATE | INVOICE # |
|---|---|
| 12/28/2005 | 21322 |

| BILL TO: |
|---|
| Foley Hoag, L.L.P. |
| Scott C. Merrill, Esquire |
| 155 Seaport Blvd. |
| Boston, MA 02210 |

| | Terms | REF |
|---|---|---|
| | Due on receipt | W |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Date: 12/28/2005<br>Re: Lawrence Howard, Jr. vs American Overseas Marine Corporation<br>Deponent: Gregory Williams<br>Location: Boston, MA<br>Court Reporter: Doris O. Wong Associates, Inc. | | | |
| Videoconferencing: Test | | 100.00 | 100.00 |
| Parking | | 17.00 | 17.00 |
| Date: 01/09/2006<br>Re: Lawrence Howard, Jr. vs American Overseas Marine Corporation<br>Deponent: Gregory Williams | | | |
| Digital Editing: per hour (includes 1 duplicate)<br>DVD provided by Foley Hoag, L.L.P. from videoteleconference source<br>Edit short clip, digitize video & synchronize with transcript | 5 | 125.00 | 625.00 |
| Discount: No charge for editing per Wayne V. Martin, National Video Reporters, Inc. | | -625.00 | -625.00 |
| 5% Massachusetts Sales Tax | | 5.00% | 0.00 |

Make checks payable to National Video Reporters, Inc., or use MC, VISA, Amex. Tax ID #04-3496719.

**BALANCE DUE** $117.00

**National Video Reporters, Inc.**
**58 Batterymarch St., Suite 243**
**Boston, MA 02110**
**Tel. 800-551-2440**

# INVOICE

| DATE | INVOICE # |
|---|---|
| 1/3/2006 | 21325 |

| BILL TO: |
|---|
| Doris O. Wong Associates, Inc.<br>50 Franklin Street<br>Boston, MA 02110 |

| | Terms | REF |
|---|---|---|
| | | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Date: 01/03/2006<br>Attorney: Scott Merrill<br>Firm: Foley Hoag, L.L.P.<br>Re: Lawrence Howard, Jr. vs American Overseas Marine Corporation<br>Deponent: Gregory Williams<br>Location: Boston, MA | | | |
| Videotaping: First hour (minimum includes setup, strike & travel) | 1 | 295.00 | 295.00T |
| Video Cassette(s): 124 Minute DVCam Master - Archived | 1 | 38.00 | 38.00T |
| Parking | | 17.00 | 17.00 |
| Duplication Package: DVD & CD Digitization - per hour | 1 | 65.00 | 65.00T |
| Video-Transcript Synchronization: per hour | 1 | 50.00 | 50.00T |
| Master Package: DVD/CD(s) - Archived | 1 | | |
| Duplicate Package: DVD/CD(s) - Shipped | 1 | | |
| Duplication: VHS - per hour | 1 | 35.00 | 35.00T |
| Video Cassette(s): 120 Minute VHS Duplicate - Shipped | 1 | | |
| Discount: 50% | | -17.50 | -17.50 |
| Shipped Via - UPS Next Day to:<br>Scott Merrill, 155 Seaport Blvd., Boston, MA | | 20.60 | 20.60 |
| SUBTOTAL | | | 503.10 |
| No Sales Tax - Resale | | 0.00 | 0.00 |
| | | **BALANCE DUE** | **$503.10** |

**Doris O.**
**WONG Associates, Inc.**
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

TEL (617) 426-2432
FAX (617) 482-7813
FED. I.D. NO. 04-2674896

# INVOICE

PAGE 1

ATT: JAMES W. BUCKING, ESQ.
FOLEY HOAG LLP
WORLD TRADE CENTER WEST
155 SEAPORT BOULEVARD
BOSTON       MA 02210

FOLE01
FOLEY HOAG LLP

INVOICE DATE: 01/06/2006
INVOICE NO.: 00074392

| JOB NUMBER | CASE NUMBER | | | | | |
|---|---|---|---|---|---|---|
| HOWA31 | 04-11169 (REK) | | HOWARD, JR. V AMERICAN OVERSEAS MARINE CORP. | | | |
| | | | FILE #: | | | |
| TERMS | | | | INVOICE NO. | | INVOICE DATE |
| .0%/ 30 | | | | 00074392 | | 01/06/2006 |

| DATE | REPORTER | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|
| ACTIVITY DESCRIPTION | | | | | |
| ORIGINAL VIDEO - EXPEDITED | | | | | |
| GREGORY WILLIAMS | | | | | |
| 01/03/06 | CHKI | | 27 | 6.91 | 186.57 |
| ORIGINAL - EXPEDITED | | | | | |
| DANNIE P. TRUSS | | | | | |
| 01/04/06 | CHKI | | 15 | 5.95 | 89.25 |
| ONE TRANSCRIPT-EXPEDITED | | | | | |
| JAMES D. HAILSTONE | | | | | |
| 01/03/06 | CHKI | | 27 | 4.20 | 113.40 |
| MIN-U-SCRIPT W/ WORD INDEX | | | | | |
| JAMES D. HAILSTONE | | | | | |
| 01/03/06 | CHKI | | 1 | 30.00 | 30.00 |
| ATTENDANCE FEE | | | | | |
| 01/03/06 | CHKI | 1.00 | | 100.00 | 100.00 |
| ATTENDANCE FEE | | | | | |
| 01/04/06 | CHKI | 1.00 | | 100.00 | 100.00 |
| VIDEOTAPE SERVICES | | | | | |
| 01/03/06 | | | | | 503.10 |
| HANDLING AND DELIVERY | | | | | |
| TWO DELIVERIES | | | | | |
| 01/04/06 | | | | | 21.00 |

SALES TAX             ( CONTINUED )
INVOICE TOTAL         ( CONTINUED )

**Doris O.**
**WONG Associates, Inc.**
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

TEL (617) 426-2432
FAX (617) 482-7813
FED. I.D. NO. 04-2674896

# INVOICE

PAGE  2

ATT: JAMES W. BUCKING, ESQ.
FOLEY HOAG LLP
WORLD TRADE CENTER WEST
155 SEAPORT BOULEVARD
BOSTON         MA  02210

FOLE01

HOWARD, JR. V AMERICAN OVERSEAS MARINE CORP.

FILE #:

| JOB NUMBER | CASE NUMBER | TERMS | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|
| HOWA31 | 04-11169 (REK) | .0%/ 30 | 00074392 | 01/06/2006 |

| ACTIVITY DESCRIPTION | DATE | REPORTER | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| MIN-U-SCRIPT-NO CHARGE GREGORY WILLIAMS | 01/03/06 | | | | | |
| MIN-U-SCRIPT-NO CHARGE DANNIE P. TRUSS | 01/04/06 | | | | | |

```
                                          $1,143.32
                              SALES TAX        .00
                                          ----------
                           INVOICE TOTAL  $1,143.32
```

HAPPY NEW YEAR

---

**Doris O.**
**WONG Associates, Inc.**
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

PAGE  2

FOLE01                      FOLEY HOAG LLP

INVOICE DATE    01/06/2006
INVOICE NO.     00074392