D

Case 1:04-cv-11169-GAO    Document 52-5    Filed 02/09/2006    Page 1 of 3

**Doris O.**
**WONG Associates, Inc.**
*Professional Court Reporters*
50 Franklin Street
Boston, Massachusetts 02110

TEL (617) 426-2432
FAX (617) 482-7813
FED. I.D. NO. 04-2674896

# INVOICE

PAGE 1

ATT: JAMES W. BUCKING, ESQ.
FOLEY HOAG LLP
WORLD TRADE CENTER WEST
155 SEAPORT BOULEVARD
BOSTON   MA  02210
FOLE01

HOWARD, JR. V AMERICAN OVERSEAS MARINE CORP.

FILE #:

INVOICE DATE: 01/06/2006
INVOICE NO.: 00074392

| JOB NUMBER | CASE NUMBER | TERMS | | | | | |
|---|---|---|---|---|---|---|---|
| HOWA31 | 04-11169 (REK) | .0%/ 30 | INVOICE NO. 00074392 | INVOICE DATE 01/06/2006 | | | |

| ACTIVITY DESCRIPTION | DATE | REPORTER | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| ORIGINAL VIDEO - EXPEDITED GREGORY WILLIAMS | 01/03/06 | CHKI | | 27 | 6.91 | 186.57 |
| ORIGINAL - EXPEDITED DANNIE P. TRUSS | 01/04/06 | CHKI | | 15 | 5.95 | 89.25 |
| ONE TRANSCRIPT-EXPEDITED JAMES D. HAILSTONE | 01/03/06 | CHKI | | 27 | 4.20 | 113.40 |
| MIN-U-SCRIPT W/ WORD INDEX JAMES D. HAILSTONE | 01/03/06 | CHKI | | 1 | 30.00 | 30.00 |
| ATTENDANCE FEE | 01/03/06 | CHKI | 1.00 | | 100.00 | 100.00 |
| ATTENDANCE FEE | 01/04/06 | CHKI | 1.00 | | 100.00 | 100.00 |
| VIDEOTAPE SERVICES | 01/03/06 | | | | | 503.10 |
| HANDLING AND DELIVERY TWO DELIVERIES | 01/04/06 | | | | | 21.00 |

SALES TAX

INVOICE TOTAL       ( CONTINUED )

( CONTINUED )

PAGE 1

FOLE01
FOLEY HOAG LLP
INVOICE DATE 01/06/2006
INVOICE NO. 00074392

**Doris O.**
**WONG Associates, Inc.**
*Professional Court Reporters*

50 Franklin Street
Boston, Massachusetts 02110

TEL (617) 426-2432
FAX (617) 482-7813
FED. I.D. NO. 04-2674896

# INVOICE

PAGE 2

ATT: JAMES W. BUCKING, ESQ.
FOLEY HOAG LLP
WORLD TRADE CENTER WEST
155 SEAPORT BOULEVARD
BOSTON    MA  02210

FOLE01

HOWARD, JR. V AMERICAN OVERSEAS MARINE CORP.

FILE #:

| JOB NUMBER | CASE NUMBER | TERMS | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|
| HOWA31 | 04-11169 (REK) | .0%/ 30 | 00074392 | 01/06/2006 |

| DATE | ACTIVITY DESCRIPTION | REPORTER | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 01/03/06 | MIN-U-SCRIPT-NO CHARGE GREGORY WILLIAMS | | | | | |
| 01/04/06 | MIN-U-SCRIPT-NO CHARGE DANNIE P. TRUSS | | | | | |

SALES TAX    $1,143.32
             .00
             ----------
INVOICE TOTAL    $1,143.32

HAPPY NEW YEAR

Doris O.
WONG Associates, Inc.
Professional Court Reporters
50 Franklin Street
Boston, Massachusetts 02110

PAGE 2

FOLE01
FOLEY HOAG LLP
INVOICE DATE 01/06/2006
INVOICE NO. 00074392

$1,143.32