E

Case 1:04-cv-11169-GAO    Document 52-6    Filed 02/09/2006    Page 1 of 2

## AMSEA Trial Preparation Charges 1/10/06 Through 1/24/06

| Date/Person | Hours | Total Hours for Day | Total Amount for Day |
|---|---|---|---|
| **Tuesday, January 10, 2006** | | | |
| James W. Bucking | 2.5 | | |
| Scott C. Merrill | 3.5 | | |
| Judith C. Gallant (Paralegal) | .2 | 6.2 | $1,909.00 |
| **Wednesday, January 11, 2006** | | | |
| James W. Bucking | .2 | | |
| Scott C. Merrill | 1.3 | 1.5 | $422.00 |
| **Thursday, January 12, 2006** | | | |
| James W. Bucking | .2 | .2 | $84.00 |
| **Thursday, January 19, 2006** | | | |
| James W. Bucking | .2 | | |
| John E. Duke | 1.8 | 2.2 | $600.00 |
| **Friday, January 20, 2006** | | | |
| James W. Bucking | 1.1 | | |
| Scott C. Merrill | .8 | | |
| Judith C. Gallant (Paralegal) | .1 | 2 | $687.00 |
| **Tuesday, January 24, 2006** | | | |
| Scott C. Merrill | .6 | .6 | $150.00 |
| **TOTAL** | | | **$3,852.00** |

B3157238.1