F

Case 1:04-cv-11169-GAO    Document 52-7    Filed 02/09/2006    Page 1 of 2

## AMSEA Trial Preparation Charges 1/25/06

| Date/Person | Hours | Total Hours for Day | Total Amount for Day |
|---|---|---|---|
| **Wednesday, January 25, 2006** | | | |
| James W. Bucking | 2.1 | | |
| Scott C. Merrill | 3.6 | 5.7 | $1,818.00 |
| **TOTAL** | | | $1,818.00 |

B3157238.1