G

## Unbilled AMSEA Trial Preparation Charges 1/26/06 To Present

| Date/Person | Hours | Total Hours for Day | Total Amount for Day |
|---|---|---|---|
| **Thursday, January 26, 2006** | | | |
| James W. Bucking | .9 | | |
| Scott C. Merrill | .4 | | |
| Judith C. Gallant (Paralegal) | .1 | 1.4 | $477.00 |
| **Friday, January 27, 2006** | | | |
| Scott C. Merrill | .6 | .6 | $150.00 |
| **February 1, 2006** | | | |
| Scott C. Merrill | 3.6 | 3.6 | $900.00 |
| **February 2, 2006** | | | |
| Scott C. Merrill | .7 | .7 | $175.00 |
| **February 6, 2006** | | | |
| James W. Bucking | .2 | .2 | $80.00 |
| **TOTAL** | | | **$1,782.00** |

B3157238.1