UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

............................
LAWRENCE HOWARD, JR.,

        Plaintiff,        CIVIL ACTION NO. 04-11169(REK)

        v.

AMERICAN OVERSEAS MARINE
CORPORATION,

        Defendant.
............................

**AFFIDAVIT OF RICHARD WILLIAMSON IN SUPPORT OF MOTION
TO DISMISS AND FOR SANCTIONS**

I, Richard Williamson, having personal knowledge of the following, hereby depose and state as follows:

1.     I have been employed by the American Overseas Marine Corporation ("AMSEA") as the Manager of Marine Personnel and Labor Relations since 1999. Since December 16, 2006, I have personally been involved in arranging travel and accommodations for AMSEA witnesses who were set to testify at trial on January 9, 2006. I also arranged for the video deposition of Greg Williams from a location in Saipan and the payment of expenses related to holding that deposition. Mr. Williams' deposition was occasioned by his inability to attend the trial, leading to an agreement by the parties that his deposition should be offered at trial in place of his live testimony.

2.     The total cost to AMSEA from December 16, 2005 through January 9, 2006 for travel and accommodations arrangements for trial witnesses, including local arrangements in Saipan

related to the Greg Williams deposition, amounted to $9,543.11. The specific costs, with supporting documentation, are as follows:

(a) <u>Captain Michael Mahoney</u>: Captain Mahoney lives in Florida. Captain Mahoney had to be flown to Boston for trial preparation on December 27, 2005, provided hotel accommodations for two nights, and then flown back to Florida on December 29, 2005, at a cost of $1,870.76. Captain Mahoney then had to be brought back from Florida for the trial and provided hotel accommodations, at a cost of $1,698.32. He flew into Boston on January 8, 2006 and was in the courtroom the morning of January 9, 2006. The total cost of airfare and hotel accommodations to AMSEA for Captain Mahoney's arrangements was $3,569.08. Invoices related to these costs are attached as Exhibit A.

(b) <u>Nancy Vaupel</u>: Nancy Vaupel lives in Florida. Ms. Vaupel had to be flown to Boston for trial preparation on December 27, 2005, provided hotel accommodations for two nights, and then flown back to Florida on December 29, 2005, at a cost of $1,978.76. Ms. Vaupel then had to be brought back from Florida for the trial and provided hotel accommodations, at a cost of $1,822.68. She flew into Boston on January 8, 2006 and was in the courtroom the morning of January 9, 2006. The total cost of airfare and hotel accommodations to AMSEA for Ms. Vaupel's arrangements was $3,801.44. Invoices related to these costs are attached as Exhibit B.

(c) <u>William Buchner</u>: Mr. Buchner lives in Washington state. Mr. Buchner was booked on a flight that left Washington early in the morning on January 9, 2006. Mr. Buchner boarded that flight before AMSEA was aware the Plaintiff had failed to appear in court for his trial on January 9, 2006. As soon as court adjurned on the morning of January 9, 2006, I attempted to reach Mr. Buchner to stop him from boarding his flight. Mr. Buchner had already

departed, however, and could not be reached until he arrived in Denver, Colorado for a connection. The cost incurred by AMSEA related to Mr. Buchner's non-refundable flight and his return flight from Colorado to Washington was $779.59. Invoices related to these costs are attached as Exhibit C.

(d) <u>Greg Williams</u>: Greg Williams is the Chief Steward on the Motor Vessel Lummus ("Lummus"). The Lummus is typically stationed at anchor in Saipan or Guam in accordance with orders of the United States Navy Military Sealift Command ("MSC"). AMSEA contracts for services for remotely stationed vessels with local shipping agents. AMSEA uses AMBYTH Shipping Micronesia, Inc. ("AMBYTH") to service our vessels and crew in Saipan. Saipan time is 15 hours ahead of Boston time. Mr. Williams' video trial deposition was scheduled for 6 p.m. on January 3rd in Boston, which is 9 a.m. on January 4th in Saipan. Mr. Williams was brought ashore on December 29th for the originally scheduled video trial deposition. However, that deposition was cancelled at the last moment when Plaintiff's attorney became ill. The hotel accommodations cost to AMSEA for the cancelled December 29, 2005 deposition were $82.50.

Mr. Williams' deposition was then rescheduled for January 4, 2006. Making Mr. Williams available for the deposition required bringing him ashore in Saipan on the evening of January 3rd, transporting him to and from the hotel, hotel and meal charges, transportation to the deposition, transportation to the Saipan airport, and a flight to Guam to rejoin the Lummus after the deposition on January 4th (Saipan time). The Lummus had departed Saipan on January 3rd for Guam in accordance with MSC orders. Hotel accommodation expenses related to the January 4th deposition totaled $167.50. The cost to fly Mr. Williams to Guam from Saipan to rejoin the Lummus totaled $94.00.

As part of establishing the video conference link, AMBYTH procured the services of Pacific Telecommunications, the only provider of this type of service on the island of Saipan, at a cost of $650.00. AMBYTH also charged AMSEA the following fees for the following services to assure that the video deposition could be held as scheduled: arrangement video conference Services - $157.50; arrangement hotel reservations - $63.00; arrangement flight to Guam - $31.50; arrangement ground transportation - $147.00.

The total cost to AMSEA for arranging services in Saipan for Mr. Williams' deposition, including costs associated with Mr. Williams' travel and stay in Saipan, totaled $1,393.00. Invoices related to these costs are attached as Exhibit D.

Signed under the pains and penalties of perjury this 8th day of February, 2006.

*Richard Williamson*

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to Lawrence Howard Jr. via first class mail on February 9, 2006.

/s/Scott C. Merrill
Scott C. Merrill

B3159579.1