A

# GENERAL DYNAMICS
American Overseas Marine

## BUSINESS TRAVEL EXPENSE REPORT

| Name: Michael Mahoney | Ship Name: Button | Dept: C973 | Cash Advance No.: | Period From: 12/27/05 | To: 1/8/06 |
|---|---|---|---|---|---|

**Purpose of Trip:** Lawrence Howard Trial  
**AMSEA Office** | **Ship CA #:**

| Date 2005 | Destination From/To | Auto Miles 0.485 x miles | Airfare Incl. fee | Lodging | MEALS Breakfast | Lunch | Dinner | Business Conference | Other | From (f) on back | TOTAL EXPENSES Allowable | Un-allowable | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/27/05 | Tampa to Boston (round trip) | | $1,433.66 | | | | | | | | $1,433.66 | | $1,433.66 |
| 1/8/06 | Tampa to Boston (round trip) | | $1,433.66 | | | | | | | | $1,433.66 | | $1,433.66 |
| 12/28/05 | | | | $170.55 | | | | | | | $170.55 | | $170.55 |
| 12/29/05 | Hotel | | | $170.55 | | | | | | | $170.55 | | $170.55 |
| 1/8/06 | Hotel | | | $216.66 | | | | | | | $216.66 | | $216.66 |
| 12/28/05 | Per Diem | | | | | $48.00 | | | | | $48.00 | | $48.00 |
| TOTALS | | | $2,867.32 | $557.76 | $0.00 | $48.00 | $0.00 | $0.00 | $0.00 | | $3,473.08 | | $3,473.08 |

### TRAVEL EXPENSE APPROVALS

Employee Signature/Date: *Elizabeth Mahoney 1/26/06*

Dept. Head Approval/Date: *[signature] 1/26/06*

Is this Government Reimbursable?  Yes  No

### EXPENSE SUMMARY

| (Amsea Supplied) | ADVANCES |
|---|---|
| Cash Advance | $0.00 |
| Ship Cash Adv | ($2,867.32-) |
| Travel Tickets | $0.00 |
| Auto Rental | |
| Hotel and/or Misc | $701.76 |
| Add Above Advances, Total Here | $701.76 |
| (Deduct total Advances from total Expenses | |
| Balance Due the Employee/(Company) | $731.90 |

* Use Dinner column if electing Per Diem in Accordance with AMSEA MP 5-11.

1

# GENERAL DYNAMICS
American Overseas Marine

## BUSINESS TRAVEL EXPENSE REPORT

| Name: Michael Mahoney | AMSEA Office | Dept: C973 | Cash Advance No.: | Period From: 12/27/05 | To: 1/8/06 |
|---|---|---|---|---|---|
| | Ship Name: Button | | Ship CA #: | | |

**Purpose of Trip:** Lawrence Howard Trial

| Date 2005 | Destination | From/To | Auto Miles 0.485 x miles | Airfare Incl. fee | Lodging | MEALS ||| Business ||| TOTAL EXPENSES ||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Breakfast | Lunch | Dinner | Conference | Other | From (f) on back | Allowable | Un-allowable | Total |
| 12/29/05 | Per Diem | | | | | | $48.00 | | | | | $48.00 | | $48.00 |
| 1/8/06 | Per Diem | | | | | | $48.00 | | | | | $48.00 | | $48.00 |
| | | | | | | | $96.00 | | | | | $96.00 | | $96.00 |

### TRAVEL EXPENSE APPROVALS

Employee Signature/Date

Dept. Head Approval/Date

Is this Government Reimbursable?   Yes ___   No ___

\* Use Dinner column if electing Per Diem in Accordance with AMSEA MP 5-11.

### EXPENSE SUMMARY

| (Amsea Supplied) | ADVANCES |
|---|---|
| Cash Advance | see page 1 |
| Ship Cash Adv | $0.00 |
| Travel Tickets | $0.00 |
| Auto Rental | $0.00 |
| Hotel and/or Misc | $0.00 |
| Add Above Advances, Total Here | $0.00 |
| (Deduct total Advances from total Balance Due the Employee/(Company) | |

2



ACCOUNT NUMBER: 3782-992178-11001

## BUSINESS TRAVEL ACCOUNT - BTA    AIR/RAIL TRANSACTIONS
### TICKET CHARGES AND TICKET REFUNDS

PAGE 21
CC-1348

V ROBERTS/TL/BTA
AM OVERSEAS MARINE
116 E HOWARD ST
QUINCY, MA 02169

EVENT DATE: 12/27/05

ACCOUNT NUMBER: 3782-992178-11001
ACCOUNT NAME: ROBERTS/TL/BTA

SORTED BY TICKET NUMBER WITHIN PASSENGER NAME WITHIN ACCOUNT NUMBER

| PASSENGER NAME | AIR/RAIL CODE | FROM: | TO: | TRANSACTION/DEPARTURE DATE | TICKET NUMBER | AMOUNT | NOTES TO AMEX |
|---|---|---|---|---|---|---|---|
| MADDOX/RICHARD | AA | CORPUS CHRISTI TX<br>DALLAS/FT WORTH TX | -DALLAS/FT WORTH TX<br>-SPRINGFIELD MO | 12/05/05<br>12/07 | 0011544971810 | 541.90 | |
| **MADDOX/RICHARD TOTAL:** | | | | | | **$541.90** | |
| MAHONEY/MICHAEL | DL | TAMPA FL<br>BOSTON MA | -BOSTON MA<br>-TAMPA FL | 12/20/05<br>01/08 | 0061546043319 | 671.83 | |
| | DL | TAMPA FL<br>BOSTON MA | -BOSTON MA<br>-TAMPA FL | 12/22/05<br>12/27 | 0061546043343 | 671.83 | V 4/5 |
| **MAHONEY/MICHAEL TOTAL:** | | | | | | **$1,343.66** | |
| MANSFIELD/JAMES B | DL | HOUSTON INTL TX<br>ATLANTA GA | -ATLANTA GA<br>-NORFOLK VA | 12/19/05<br>12/26 | 0061545233794 | 384.73 | |
| **MANSFIELD/JAMES B TOTAL:** | | | | | | **$384.73** | |
| MARCINIAK/JERZY | US | CHICAGO-OHARE IL | -PHILADELPHIA PA | 12/14/05<br>12/15 | 0371545233746 | 172.20 | x 4/5 |
| **MARCINIAK/JERZY TOTAL:** | | | | | | **$172.20** | |
| MARTINEZ/FRACISCO | UA | NORFOLK VA<br>WASHINGTN DULLES VA | -WASHINGTN DULLES VA<br>-NEW ORLEANS LA | 12/08/05<br>12/13 | 0161545233653 | 359.37 | |
| **MARTINEZ/FRACISCO TOTAL:** | | | | | | **$359.37** | |
| MARTINEZ/JUAN | DL | JACKSONVILLE FL<br>ATLANTA GA | -ATLANTA GA<br>-CHARLESTON SC | 12/07/05<br>12/12 | 0061545233611 | 368.82 | |




FOR ASSISTANCE CONTACT
BTA CUSTOMER SERVICE TEAM

TOLL FREE
1-800-492-1477

FAX
1-623-492-5339

**Δ Delta** SKYTEAM

05 1645964

MAHONEY/MICHAEL

DATE **09JAN** FLIGHT **1998**
CLASS **Y** COACH
ORIGIN **BOSTON**
DESTINATION **TAMPA**

DEPARTURE GATE **A14** **SUBJECT TO CHANGE**

**FLIGHT COUPON REQUIRED**

OPERATED BY DELTA AIR LINES

BOARDING PASS

5041XD
DEPARTS **300P**
SEAT **2A**
ZONE **1**

BOS0838.30/JY
BAGS **01**

---

BOARDING PASS

MAHONEY/MICHAEL
DL2051645964

FLIGHT **DL1998** DATE **09JAN**
ORIGIN **BOSTON**
DESTINATION **TAMPA**
SONG
OPERATED BY DELTA AIR LINES

SEAT **2A**
ZONE **1**
BAGS **01**

| Invoice | Date | Dep | Traveler | T | Ticket # | Airline | Cost | D/I | Type | Itinerary | Sort 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08642 | 12/07 | 12/09 | ELLERBE/MICHAEL | E | 1545233648 | Iberia Air | 311.75 | I | | BCN-AGP | MVBOBO0010512 |
| 08666 | 12/20 | 12/23 | ELLINGSON/MICHA | E | 1546043309 | United Air | 521.40 | D | | BOS-IAD-BOS | USNSYANO2970512 |
| 08635 | 12/05 | 12/07 | ELVIN/PETER | E | 1544268077 | Delta Airli | 359.73 | D | | ATL-CRP | USNSBRITTIN3050512 |
| 08644 | 12/08 | 12/19 | ENGH/CARL | E | 1545233671 | Delta Airli | 1052.10 | I | | IAD-ATL-MAD | MVWILLIAMS0020512 |
| 08645 | 12/08 | 12/20 | ENGH/CARL | | 1545233672 | Tap-Airlin | 448.42 | I | | MAD-FNC | MVWILLIAMS0020512 |
| 08671 | 12/22 | 12/22 | EPPS/KENNETH | E | 1546043348 | United Air | 402.46 | D | | CHS-IAD-ORF | USNSBENAVIDEZ306051 |
| 08656 | 12/14 | 12/16 | FIORELLA/FRANCIS | E | 1545233745 | Us Air | 309.20 | D | | FLL-PHL | USNSMENDONCA303051 |
| 42408 | 12/27 | 12/27 | FIRTH/ROBERT | E | 1546043362 | Delta Airli | 2931.10 | I | | ATL-NRT-SIN | |
| 08665 | 12/19 | 12/27 | FIRTH/ROBERT | E | 1545233656 | United Air | 1535.10 | I | | ATL-ORD-HKG-SIN | MVBUTTON0050512 |
| 08640 | 12/07 | 12/11 | FRIEBELY/JOHN | E | 1544268106 | Delta Airli | 421.72 | D | | EWR-ATL-CRP | USNSBRITTIN3050512 |
| 08674 | 12/27 | 01/02 | FULLENKAMP/BENJ | E | 1546043366 | Delta Airli | 392.43 | D | | FSD-MSP-ATL-CRP | USNSPILILAAU3040601 |
| 08662 | 12/25 | 01/05 | GALLAGHER/TODD | E | 1545233789 | Iberia Air | -423.50 | I | REF | MAD-LPA | MVWILLIAMS0020601 |
| 08662 | 12/16 | 01/05 | GALLAGHER/TODD | E | 1545233789 | Iberia Air | 423.50 | I | | MAD-LPA | MVWILLIAMS0020601 |
| 08662 | 12/16 | 01/04 | GALLAGHER/TODD | E | 1545233790 | Us Air | 1498.10 | I | | SEA-PHL-MAD | MVWILLIAMS0020601 |
| 08668 | 12/21 | 01/05 | GALLAGHER/TODD | E | 1546043330 | Iberia Air | 264.87 | I | | MAD-XRY | MVWILLIAMS0020601 |
| 08675 | 12/27 | 01/02 | GASKILL/EDWARD | | 1544971952 | Continent | 836.41 | D | HND | EWR-IAH-CRP | USNSPILILAAU3040601 |
| 08643 | 12/08 | 12/19 | GORDON/CLAUDE | E | 1545233655 | Northwest | 281.00 | I | | SPN-NRT | MVWILLIAMS0020512 |
| 08643 | 12/08 | 12/19 | GORDON/CLAUDE | | 1545233656 | Air Franc | 3347.54 | I | | NRT-CDG-LIS-FNC | MVWILLIAMS0020512 |
| 08651 | 12/12 | 12/18 | GRAHAM/ROY | E | 1545233713 | United Air | 839.00 | I | | BKK-NRT | USNSSTOCKHAM048051 |
| 08651 | 12/12 | 12/18 | GRAHAM/ROY | | 1544971868 | Continent | 486.24 | I | HND | NRT-GUM | USNSSTOCKHAM048051 |
| 08633 | 12/05 | 12/11 | GRIGSBY/DANNY | E | 1544268073 | Northwest | 1932.31 | I | | PDX-MSP-AMS-BAH | MVBUTTON0050512 |
| 08649 | 12/09 | 12/28 | HAGENPETER/JAR | E | 1545233700 | Us Air | 585.40 | D | | BTV-PHL-ORF | MVLOPEZ0030512 |
| 08649 | 12/25 | 12/28 | HAGENPETER/JAR | E | 1545233700 | Us Air | -585.40 | D | REF | BTV-PHL-ORF | MVLOPEZ0030512 |
| 08668 | 12/21 | 12/27 | HAGENPETER/JAR | E | 1546043328 | Us Air | 585.40 | D | | BTV-PHL-ORF | MVLOPEZ0030512 |
| 08678 | 12/29 | 12/31 | HEDGE/FRANK | E | 1546043382 | Delta Airli | 447.90 | D | | CRP-IAH-SLC-BFL | USNSPILILAAU3050512 |
| 08672 | 12/23 | 12/24 | HIGH/JAMES | | 1544971939 | Continent | 551.71 | D | HND | BPT-IAH-JAX | USNSPILILAAU3040512 |
| 08633 | 12/05 | 12/07 | HILL/NADRA | E | 1544268066 | Delta Airli | 364.40 | D | | BHM-ATL-CRP | USSNBRITTIN3050512 |
| 08656 | 12/14 | 12/16 | HOGSETT/JAMES | E | 1545233744 | Delta Airli | 389.23 | D | | SGF-CVG-PHL | USNSMENDONCA303051 |
| 08675 | 12/27 | 01/02 | HOLMAN/MARK | | 1544971950 | Continent | 627.91 | D | HND | JAX-IAH-CRP | USNSBENAVIDEZ306051 |
| 08679 | 12/29 | 01/02 | HOLMAN/MARK | E | 1546043392 | Delta Airli | 423.22 | D | | PFN-ATL-CRP | USNSMENDONCA303051 |
| 08657 | 12/14 | 12/15 | HOSKINS/STEVEN | E | 1545233756 | Us Air | 382.19 | D | | BWI-PHL | USNSBOBHOPE3000512 |
| 08674 | 12/27 | 12/29 | HUDDLESTON/KEN | E | 1546043365 | Northwest | 1096.10 | I | | SFO-NRT-PUS | USNSPILILAAU3040512 |
| 08675 | 12/27 | 12/27 | ITARALDE/JOSELIE | | 1544971953 | Continent | 1093.90 | D | HND | BPT-IAH-MEM-CHS | |
| 08609 | 12/11 | 12/07 | JACKSON/JOUAN | E | 1544267924 | Delta Airli | -1091.10 | I | REF | ORF-JFK-BCN | MVBOBO0010512 |
| 08609 | 12/11 | 12/08 | JACKSON/JOUAN | E | 1544267925 | Iberia Air | -310.71 | I | REF | BCN-AGP | MVBOBO0010512 |
| 08675 | 12/27 | 01/02 | JOHNSON/ROBERT | | 1544971949 | Continent | 614.90 | D | HND | JAX-IAH-CRP | USNSPILILAAU3040601 |
| 08654 | 12/13 | 12/19 | JULIO/CARLOS | | 1545233728 | Delta Airli | 1283.02 | I | | JFK-BCN-FNC | MVWILLIAMS0020512 |
| 08626 | 12/01 | 12/07 | KASTNER/TRACEY | E | 1544268025 | British Air | 1526.70 | I | | SEA-LHR-AGP | MVBOBO0010512 |
| 08634 | 12/05 | 12/07 | KELLY/DONALD | | 1544971807 | Continent | 896.91 | D | HND | CRP-IAH-MOB | USNSBRITTIN3050512 |
| 08671 | 12/22 | 01/03 | KELLY/GERALD | | 2797049319 | Southwes | 229.70 | D | HND | HOU-TPA | MVLOPEZ0030601 |
| 08674 | 12/27 | 01/02 | KINEEN/JUSTIN | E | 1546043368 | Delta Airli | 423.22 | D | | BOS-ATL-CRP | USNSBENAVIDEZ30605 |
| 08645 | 12/08 | 01/12 | KING/ALEX | | 1544971848 | Continent | 1191.10 | I | HND | PHL-IAH-GUM-SPN | MVLUMMUS0040601 |
| 08672 | 12/22 | 12/23 | KLIMOV/YURIY | E | 1546043350 | Us Air | 463.90 | D | | JAX-CLT-CHS | USNSBENAVIDEZ306051 |
| 08651 | 12/12 | 12/17 | LABEACH/LLOYD | | 1544971867 | Continent | 905.96 | I | HND | LAX-HNL-GUM | USNSSTOCKHAM048051 |
| 08636 | 12/05 | 12/26 | LADD/RONALD | E | 1544268080 | Us Air | 574.40 | D | | PWM-LGA-ORF | MVLOPEZ0030512 |
| 08679 | 12/29 | 12/31 | LEITER/KARL | E | 1546043389 | Delta Airli | 423.22 | D | | CRP-ATL-JAX | USNSPILILAAU0512 |
| 08681 | 12/30 | 01/03 | LEMIEUX/DAVID | E | 1546043398 | Delta Airli | 421.72 | D | | PWM-ATL-CRP | USNSPILILAAU3040512 |
| 08634 | 12/05 | 12/07 | LEWIS/CLEVELAND | | 1544971808 | Continent | 627.91 | D | HND | CRP-IAH-JAX | USNSBRITTIN3050512 |
| 08634 | 12/05 | 12/07 | LIND/PAUL | | 1544971805 | Continent | 445.90 | D | HND | CRP-IAH-BTR | USNSBRITTIN3050512 |
| 08638 | 12/06 | 12/13 | LOFING/RUSSELL | | 1544268094 | Korean Ai | 618.50 | I | | GUM-ICN | MVWILLIAMS0020512 |
| 08638 | 12/06 | 12/13 | LOFING/RUSSELL | E | 1544268095 | Air Franc | 1631.70 | I | | ICN-CDG-LIS | MVWILLIAMS0020512 |
| 08638 | 12/06 | 12/14 | LOFING/RUSSELL | | 1544268096 | Tap-Airlin | 233.08 | I | | LIS-FNC | MVWILLIAMS0020512 |
| 08635 | 12/05 | 12/07 | LUMPKINS/DONALD | | 1544971814 | Continent | 1417.90 | D | HND | CRP-IAH-CHS | USNSBRITTIN3050512 |
| 08634 | 12/05 | 12/07 | MADDOX/RICHARD | | 1544971810 | American | 541.90 | D | HND | CRP-DFW-SGF | USNSBRITTIN3050512 |
| 08667 | 12/20 | 01/08 | MAHONEY/MICHAE | E | 1546043319 | Delta Airli | 671.83 | D | | TPA-BOS-TPA | MVBUTTON0040601 |
| 08670 | 12/22 | 12/27 | MAHONEY/MICHAE | E | 1546043343 | Delta Airli | 671.83 | D | | TPA-BOS-TPA | MVBUTTON0050512 |
| 08664 | 12/19 | 12/26 | MANSFIELD/JAMES | E | 1545233794 | Delta Airli | 384.73 | D | | IAH-ATL-ORF | MVLOPEZ0030512 |
| 08656 | 12/14 | 12/15 | MARCINIAK/JERZY | E | 1545233746 | Us Air | 172.20 | D | | ORD-PHL | USNSMENDONCA303051 |
| 08643 | 12/08 | 12/13 | MARTINEZ/FRACIS | E | 1545233653 | United Air | 359.37 | D | | JAX-ATL-CHS | MVLOPEZ0030512 |
| 08646 | 12/08 | 12/13 | MARTINEZ/JUAN | E | 1545233680 | Delta Airli | 368.82 | D | | CRP-ATL-JAX | USNSPILILAAU3040512 |
| 08679 | 12/29 | 12/31 | MARTINEZ/JUAN | E | 1546043390 | Delta Airli | 423.22 | D | | CRP-IAH-EWR | USNSPILILAAU0512 |
| 08680 | 12/29 | 12/31 | MASSA/HARRY | | 1544971973 | Continent | 614.90 | D | HND | MAD-ACE | USNSPILILAAU0512 |
| 08664 | 12/19 | 12/28 | MATARONAS/MATT | E | 1545233801 | Iberia Air | 486.50 | I | | | MVWILLIAMS0020512 |



**SEAPORT BOSTON**

One Seaport Lane • Boston, MA 02210
Tel.: 617-385-4000

Mahoney, Michael

Room 1403
Folio A - 883284
Arrive 28-DEC-05  21:37
Depart 29-DEC-05

Payment Type:   MV

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 28-DEC-05 | RT1403 | Room Charge | 149.00 | |
| 28-DEC-05 | RT1403 | Occupancy Tax | 8.49 | |
| 28-DEC-05 | RT1403 | Local Tax | 5.96 | |
| 28-DEC-05 | RT1403 | Convention Tax | 4.10 | |
| 28-DEC-05 | RT1403 | Hotel Inclusive Charge* | 3.00 | |
| | | Total-Due | 170.55 | |

Travel Agent   Travelong Inc.
225 West 35th Street
New York, NY 10001

Charge To:

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, association, or company fails to pay for any part or the full amount of these charges. Please leave your room key at the reception desk upon departure. Thank You.

Guest Signature

Room  1403        Departure Date  29-DEC-05        Cashier  MM

* The Hotel Inclusive Charge is 100% distributed among all Seaport hourly employees, a group that extends beyond "wait staff employees, service employees, and service bartenders" as defined by Massachusetts State Law. The Hotel Inclusive Charge is not a "tip or service charge" as defined by Massachusetts service charge and tip statute.



**SEAPORT BOSTON**
One Seaport Lane • Boston, MA 02210
Tel.: 617-385-4000

Mahoney, Michael

```
                                              Room  1403
                                              Folio A - 883284
                                              Arrive 28-DEC-05  21:37
                                              Depart 29-DEC-05  06:29

                                              Payment Type:  MV
```

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 28-DEC-05 | RT1403 | Room Charge | 149.00 | |
| 28-DEC-05 | RT1403 | Occupancy Tax | 8.49 | |
| 28-DEC-05 | RT1403 | Local Tax | 5.96 | |
| 28-DEC-05 | RT1403 | Convention Tax | 4.10 | |
| 28-DEC-05 | RT1403 | Hotel Inclusive Charge* | 3.00 | |
| 29-DEC-05 | MV | MasterCard/Visa | | 170.55- |
| | | ***For Authorization Purposes Only*** | | |
| | | xxxxxxxxxxxx8921 | | |
| | | Auth Date   Code    Authorized | | |
| | | 28-DEC-05   05065A       208.60 | | |
| | | Total-Due | 0.00 | |

Travel Agent  Travelong Inc.
225 West 35th Street
New York, NY 10001

Charge To:

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, association, or company fails to pay for any part or the full amount of these charges. Please leave your room key at the reception desk upon departure. Thank You.

_Michael J Mahoney_
Guest Signature

Room  1403         Departure Date   29-DEC-05 06:29    Cashier   MM

* The Hotel Inclusive Charge is 100% distributed among all Seaport hourly employees; a group that extends beyond "wait staff employees, service employees, and service bartenders" as defined by Massachusetts State Law. The Hotel Inclusive Charge is not a "tip or service charge" as defined by Massachusetts service charge and tip statutes.



# SEAPORT
### BOSTON
One Seaport Lane • Boston, MA 02210
Tel.: 617-385-4000

```
Mahoney, Robert                                 Room    1132
Foley, Hoag & Elliot                            Folio   A - 881771
                                                Arrive  08-JAN-06  17:09
                                                Depart  09-JAN-06  10:06

                                                Payment Type:   MV
```

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 08-JAN-06 | RT1132 | Room Charge | 190.00 | |
| 08-JAN-06 | RT1132 | Occupancy Tax | 10.83 | |
| 08-JAN-06 | RT1132 | Local Tax | 7.60 | |
| 08-JAN-06 | RT1132 | Convention Tax | 5.23 | |
| 08-JAN-06 | RT1132 | Hotel Inclusive Charge* | 3.00 | |
| 09-JAN-06 | MV | MasterCard/Visa | | 216.66- |

```
    ***For Authorization Purposes Only***
    xxxxxxxxxxxx8921
    Auth Date     Code      Authorized
    08-JAN-06     00407A       1064.00
                              Total-Due          0.00
```

Travel Agent: Travelong Inc.
225 West 35th Street
New York, NY 10001

Charge To:

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, association, or company fails to pay for any part or the full amount of these charges. Please leave your room key at the reception desk upon departure. Thank You.

_Michal Mahoney_
Guest Signature

| Room | 1132 | Departure Date | 09-JAN-06 10:06 | Cashier | TTOLENT |

*The Hotel Inclusive Charge is 100% distributed among all Seaport hourly employees, a group that extends beyond "wait staff employees, service employees, and service bartenders" as defined by Massachusetts State Law. The Hotel Inclusive Charge is not a "tip or service charge" as defined by Massachusetts service charge and tip statute.