B

Case 1:04-cv-11169-GAO   Document 53-3   Filed 02/09/2006   Page 1 of 15

# GENERAL DYNAMICS
American Overseas Marine

## BUSINESS TRAVEL EXPENSE REPORT

| Name: | NANCY VAUPEL | AMSEA Office ☒ or, | Dept: C973 | Cash Advance No.: | Period From: 12/27/05 | To: 12/29/05 |
|---|---|---|---|---|---|---|
| Purpose of Trip: | Lawrence Howard Trial | Ship Name M/V Button | | Ship CA # | | |

| 2005 Date | Destination From/To | TRANSPORTATION | | | MEALS | | | Business | From (f) on back | TOTAL EXPENSES | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Auto Miles | Airfare Incl. fee | Lodging | Breakfast | Lunch | Dinner * | Conference | Other | Allowable | Unallowable Total |
| 12/27/05 | Tampa to Boston | .4450 cnts x miles | $1,433.66 | | | | | | | $1,433.66 | $1,433.66 |
| 12/27-12/29/05 | 3 days per diem @ $64/day | | | | | | | | 192.00 | 192.00 | 192.00 |
| 12/27-12/29/05 | Airport parking | | | | | | | | 12.00 | 12.00 | 12.00 |
| 12/27-12/28/05 | 2 nights – hotel | | | 341.10 | | | | | | 341.10 | 341.10 |
| TOTALS | | 1,433.66 | | 341.10 | | | | | 204.00 | 1,978.76 | 1,978.76 |

TRAVEL EXPENSE APPROVALS

Employee Signature/Date: Elizabeth Willian 1/8/06
Dept. Head Approval/Date: [signature] 1/8/06
President/Controller: 
Payment Received/Signature: 
Travel Tickets Returned/reason unused: 

Is this Government Reimbursable?   Yes _____   No _____

* Use Dinner column if electing Per Diem in Accordance with AMSEA MP 5-11.

EXPENSE SUMMARY

(AMSEA SUPPLIED)
Cash Advance →
Ship Cash Adv. →
Travel Tickets →
Auto Rental →
Hotel and/or Misc. →

ADVANCES
(1,433.66 -)
545.10

Add Above Advances and Total Here →
(Deduct total Advances from total Expenses above)
Balance Due the Employee/(Company)   545.10

# AMSEA

**Other** (Enter *grand total* of (f) below on the front of this form in Column (Other)).

| 2005 Date | Rec. No. | (a) Auto Rental | Rec. No. | (b) Taxis (List Separately) | Rec. No. | (c) Tolls, Gas Parking | Rec. No. | (d) Telephone Personal / Business | Rec. No. | (e) Other Description/Total | (f) Amount Allowable | Unallowable |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 192.00 | |
| | | | | | | | | | | | 12.00 | |
| **TOTALS:** | | | | | | | | | | | 204.00 | |

Enter grand total of columns (a) thru (e) in (f) above, and in column filled **Other** on the front of this form.

Listed Expenses should be accompanied by numbered receipts. If a receipt is not present, indicate by placing N/A in the "Rec. No." column. Expenses must be reported in accordance with General Dynamics Standard of Business Ethics and Conduct and AMSEA MP 5-11.

**BUSINESS TRAVEL ACCOUNT - BTA**

**AIR/RAIL TRANSACTIONS**
TICKET CHARGES AND TICKET REFUNDS

PAGE 31
CC-1348

V ROBERTS/TL/BTA
AM OVERSEAS MARINE
116 E HOWARD ST
QUINCY, MA 02169

00-992178-11001
ROBERTS/TL/BTA
8-11001

| AIR/RAIL CODE | FROM: | TO: | TRANSACTION/ DEPARTURE DATE | TICKET NUMBER | AMOUNT | NOTES TO AMEX |
|---|---|---|---|---|---|---|
| | **MAUPEL/NANCY** | | | | | |
| DL | TAMPA FL | -BOSTON MA | 12/22/05 | 00615460433344 | 671.83 | |
| | | -TAMPA FL | 12/27 | | | |
| | | | | | | |
| | **MAUPEL/NANCY TOTAL** | | | | **$1,343.66** | |
| | **VEGA/ANIBAL** | | | | | |
| WN | CORPUS CHRISTI TX | -HOUSTON HOBBY TX | 12/01/05 | 5262794038781 | 123.20 | |
| | | | 12/07 | | | |
| | **VEGA/ANIBAL TOTAL** | | | | **$123.20** | |
| | **WARD/SAMMY** | | | | | |
| CO | HOUSTON INTL TX | -CORPUS CHRISTI TX | 11/30/05 | 0051543417652 | 118.70 | |
| | | | 12/01 | | | |
| CO | HOUSTON INTL TX | -CORPUS CHRISTI TX | 11/30/05 | 0051543417652 VOIDED TKT | 118.70- | |
| CO | HOUSTON INTL TX | -CORPUS CHRISTI TX | 12/01/05 | 0051543417667 | 118.70 | |
| | | | 12/01 | | | |
| | **WARD/SAMMY TOTAL** | | | | **$118.70** | |
| | **WARREN/MICHAEL** | | | | | |
| UA | BOSTON MA | -WASHINGTN DULLES VA | 11/29/05 | 0161544267980 | 402.48 | |
| | WASHINGTN DULLES VA | -NORFOLK VA | 11/30 | | | |
| US | NORFOLK VA | -PHILADELPHIA PA | 12/14/05 | 0371545233742 | 469.69 | |
| | | | 12/15 | | | |
| | **WARREN/MICHAEL TOTAL** | | | | **$872.17** | |

1,343.66+
45.00+
45.00+
1,433.66*
0.*



Delta
SKYTEAM
VAUPEL/NANCY
DL251349380S
YB8JV/CNRC
FLIGHT    DATE
DL2032  29DEC
SONG
CLASS
COACH    Y
OPERATED BY DELTA AIR LINES
ORIGIN
BOSTON
DESTINATION
TAMPA
DEPARTURE GATE A22  **SUBJECT TO CHANGE**

BOARDING PASS
ELECTRONIC TICKET
2 006 1546043344 1
xnupos
DEPARTS
900A
SEAT
2A
ZONE
1



DL251349380S
VAUPEL/NANCY
FLIGHT    DATE
DL2032  29DEC
SONG
ORIGIN
BOSTON
DESTINATION
TAMPA
OPERATED BY DELTA AIR LINES
BOARDING PASS
****** ET *******
SEAT
2A
ZONE
1

**Delta** SKYTEAM

BOARDING PASS
ELECTRONIC TICKET
1 006 1546043344 5
5OPWJX

NAME/CNAC JAUPEL/NANCY
FLIGHT DL2032   DATE 27DEC   CLASS Y   ORIGIN TAMPA
SEATING COACH   DESTINATION BOSTON
OPERATED BY DELTA AIR LINES
DEPARTURE GATE E68 **SUBJECT TO CHANGE**

DEPARTS 115P   SEAT 30C   ZONE 4

TPA031R20/J9

BOARDING PASS ****** ET ******
JAUPEL/NANCY
FLIGHT DL2032   DATE 27DEC   SEAT 30C   ZONE 4
ORIGIN TAMPA
DESTINATION BOSTON
OPERATED BY DELTA AIR LINES

**SEAPORT BOSTON**
One Seaport Lane • Boston, MA 02
Tel.: 617-385-4000

Vaupel, Nancy

*Handwritten notes:*
EXPENSE REPORT
NANCY VAUPEL 12/27-29/2005
~~3~~ 2 DAYS PER DIEM (BOSTON RATE) $64/DAY
2 NIGHTS HOTEL - RECEIPTS ATTACHED
PARKING FEE
FLIGHTS PAID BY AMSEA

Room 1711
Folio A - 881769
Arrive 27-DEC-05 17:25
Depart 28-DEC-05 11:54

Payment Type: MV

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 27-DEC-05 | RT1711 | Room Charge | 149.00 | |
| 27-DEC-05 | RT1711 | Occupancy Tax | 8.49 | |
| 27-DEC-05 | RT1711 | Local Tax | 5.96 | |
| 27-DEC-05 | RT1711 | Convention Tax | 4.10 | |
| 27-DEC-05 | RT1711 | Hotel Inclusive Charge* | 3.00 | |
| 27-DEC-05 | 03100580 | In Room Dining | 25.20 | |
| 28-DEC-05 | MV | MasterCard/Visa | | 195.75 |

*Handwritten: 170.55*

***For Authorization Purposes Only***
xxxxxxxxxxxx4370
Auth Date   Code   Authorized
27-DEC-05   273286      208.60
            Total-Due                    0.00

Travel Agent
Travelong Inc.
225 West 35th Street
New York, NY 10001

Charge To:

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, association, or company fails to pay for any part or the full amount of these charges. Please leave your room key at the reception desk upon departure. Thank You.

Guest Signature

Room 1711   Departure Date 28-DEC-05 11:54   Cashier MOLIVA

* The Hotel Inclusive Charge is 100% distributed among all Seaport hourly employees, a group that extends beyond "wait staff employees, service employees, and service bartenders" as defined by Massachusetts State Law. The Hotel Inclusive Charge is not a "tip or service charge" as defined by Massachusetts service charge and tip statute.

Case 1:04-cv-11169-GAO    Document 53-3    Filed 02/09/2006    Page 8 of 15



# SEAPORT
## BOSTON

One Seaport Lane • Boston, MA 02210
Tel.: 617-385-4000

Vaupel, Nancy

Room 1402
Folio A - 883285
Arrive 28-DEC-05  21:36
Depart 29-DEC-05  06:38

Payment Type:  MV

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 28-DEC-05 | RT1402 | Room Charge | 149.00 | |
| 28-DEC-05 | RT1402 | Occupancy Tax | 8.49 | |
| 28-DEC-05 | RT1402 | Local Tax | 5.96 | |
| 28-DEC-05 | RT1402 | Convention Tax | 4.10 | |
| 28-DEC-05 | RT1402 | Hotel Inclusive Charge* | 3.00 | |
| 29-DEC-05 | MV | MasterCard/Visa | | 170.55- |
| | | ***For Authorization Purposes Only*** | | |
| | | xxxxxxxxxxxx4407 | | |
| | Auth Date | Code    Authorized | | |
| | 28-DEC-05 | 01944A     208.60 | | |
| | | Total-Due | 0.00 | |

Agent  Travelong Inc.
       225 West 35th Street
       New York, NY 10001

To:

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, association, or company fails to pay for any part or the full amount of these charges. Please leave your room key at the reception desk upon departure. Thank You.

Guest Signature

Room 1402          Departure Date  29-DEC-05  06:38      Cashier  MREID

*Hotel Inclusive Charge is 100% distributed among all Seaport hourly employees, a group that extends beyond "wait staff employees, service employees, and service bar- as defined by Massachusetts State Law. The Hotel Inclusive Charge is not a "tip or service charge" as defined by Massachusetts service charge and tip statute.



```
                                    HMSHOST
                              DAVINCI'S CAFE
                           TAMPA INT'L AIRPORT

5809 Ana
5699         DEC27'05 12:23PM

1 PIZ MARGHERITA              4.99
1 SODA FTN 21                 1.59
SUBTOTAL                      6.58
TAX                           0.46
AMOUNT PAID                   7.04
CASH                          7.04
```

```
                         TAMPA AIRPORT PARKING
                            (813) 870-8700

ROPH 7104
12/29/05 13:25      LN# AM 39
12/27/05 11:34 In    12/29/05 13:25 Out

Economy              $     11.21
Total Tax            $      0.79
Total Fee            $     12.00
Cash Paid            $     12.00-
Cash Tender          $     20.00
Change Due           $      8.00

              THANK YOU AND DRIVE SAFELY
```

OK
[signature]

# GENERAL DYNAMICS
American Overseas Marine

**BUSINESS TRAVEL EXPENSE REPORT**

| Name: | NANCY VAUPEL | AMSEA Office ☒ or, Ship Name – M/V Button | Dept: C973 | Cash Advance No.: | Period From: 1/8/06 | To: 1/9/06 |
|---|---|---|---|---|---|---|

**Purpose of Trip:** Lawrence Howard Trial

| 2006 Date | Destination From/To | TRANSPORTATION | | | MEALS | | | Business Conference | From (f) on back Other | TOTAL EXPENSES | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Auto Miles .4450 cnts x miles | Airfare Incl. fee | Lodging | Breakfast | Lunch | Dinner * | | | Allowable | Unallowable |
| 1/8-1/9-06 | Tampa to Boston | | 1,433.66 | | | | | | | 1,433.66 | |
| 1/8-1/9-06 | 2 days per diem @ $64/day | | | | | | | | 128.00 | 128.00 | |
| 1/8/06 | 1 night – hotel | | | 238.02 | | | | | | 238.02 | |
| 1/9/06 | Airport transportation | | | | | | | | 23.00 | 23.00 | |
| | | | | | | | | | | | |
| TOTALS | | | 1433.66 | 238.02 | | | | | 151.00 | 1,822.68 | |

Total: 1822.6

| | | | | |
|---|---|---|---|---|
| Employee Signature/Date | Elizabeth Cullinan 1/18/06 | President/Controller | | |
| Dept. Head Approval/Date | BA Post 1/18/06 | Payment Received/Signature | | |
| Is this Government Reimbursable? | Yes ___ No ___ | Travel Tickets Returned/reason unused. | | |

**TRAVEL EXPENSE APPROVALS**

**EXPENSE SUMMARY**

**ADVANCES**
(AMSEA SUPPLIED)
Cash Advance →
Ship Cash Adv. →
Travel Tickets → (1,433.66 -)
Auto Rental →
Hotel and/or Misc. → 389.02
Add Above Advances and Total Here →
(Deduct total Advances from total Expenses above)
Balance Due the Employee/(Company) | 389.02

* Use Dinner column if electing Per Diem in Accordance with AMSEA MP 5-11.

**AMSEA**

**Other** (Enter grand total of (f) below on the front of this form in Column (Other)).

| 2006 Date | Rec. No. | (a) Auto Rental | Rec. No. | (b) Taxis (List Separately) | Rec. No. | (c) Tolls, Gas Parking, | Rec. No. | (d) Telephone | | Rec. No. | (e) Other Description/Total | (f) Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Personal | Business | | | Allowable | Unallowable |
| 1/8-1/9/06 | | | | | | | | | | | | 128.00 | |
| 1/9/06 | | | | | | | | | | | | 23.00 | |
| TOTALS: | | | | | | | | | | | | 204.00 | |

Enter grand total of columns (a) thru (e) in (f) above, and in column titled Other on the front of this form.

**Listed Expenses should be accompanied by numbered receipts. If a receipt is not present, indicate by placing N/A in the "Rec. No." column. Expenses must be reported in accordance with General Dynamics Standard of Business Ethics and Conduct and AMSEA MP 5-11.**



# BUSINESS TRAVEL ACCOUNT - BTA
## AIR/RAIL TRANSACTIONS
### TICKET CHARGES AND TICKET REFUNDS

PAGE 30
CC-1348

78-111001

V ROBERTS/TL/BTA
AM OVERSEAS MARINE
116 E HOWARD ST
QUINCY, MA 02169

| TICKET NUMBER PASSENGER NAME ACCOUNT NUMBER | AIR/RAIL CODE | ROUTING INFORMATION FROM: | TO: | TRANSACTION/ DEPARTURE DATE | TICKET NUMBER | AMOUNT | NOTES TO AMEX |
|---|---|---|---|---|---|---|---|
| | UA | SACRAMENTO CA | -SAN FRANCISCO CA | 11/28/05 12/07 | 0161544267958 | 226.52 | |
| | BA | SAN FRANCISCO CA LONDON HEATHROW UK | -LONDON HEATHROW UK -MALAGA SPAIN | 11/28/05 SF/OL | 1251544267957 | 1,484.30 | |
| SUTTON/SANDRA TOTAL | | | | | | $1,710.82 | |
| | CO | CORPUS CHRISTI TX HOUSTON INTL TX | -HOUSTON INTL TX -JACKSONVILLE FL | 12/05/05 12/07 | 0051544971815 | 627.91 | |
| TAYLOR/BOBBY TOTAL | | | | | | $627.91 | |
| | US | JACKSONVILLE FL | -PHILADELPHIA PA | 12/14/05 12/15 | 0371545233743 | 207.20 | |
| THOMPSON/RAYMOND TOTAL | | | | | | $207.20 | |
| | DL | CHARLESTON SC ATLANTA GA | -ATLANTA GA -HOUSTON HOBBY TX | 12/21/05 12/22 | 0061546043329 | 367.72 | |
| VALDES/CARLOS TOTAL | | | | | | $367.72 | |
| | CO | CORPUS CHRISTI TX HOUSTON INTL TX | -HOUSTON INTL TX -NEWARK NJ | 12/06/05 12/08 | 0051544971820 | 624.91 | |
| VANDERPLOEG/TINA TOTAL | | | | | | $624.91 | |
| | DL | TAMPA FL BOSTON MA | -BOSTON MA -TAMPA FL | 12/20/05 01/08 | 0061546043318 | 671.83 | |

671.83+
45.00+
671.83+
45.00+
1,433.66*

VAUPEL/NANCY

$45.

FOR ASSISTANCE CONTACT:
BTA CUSTOMER SERVICE TEAM

TOLL FREE
1-800-492-1477

FAX
1-623-492-5399

0015688CC914H87000124I



Delta / Song boarding passes:

**Boarding Pass 1:**
- VAUPEL/NANCY
- DL251349 3805
- FLIGHT DL1998  DATE 09JAN  CLASS Y  COACH
- ORIGIN BOSTON  DESTINATION TAMPA
- DEPARTURE GATE A14  **SUBJECT TO CHANGE**
- OPERATED BY DELTA AIR LINES
- DEPARTS 300P
- SEAT 4E  ZONE 1
- 506EER  BAGS 02
- ELECTRONIC TICKET  1 006 1546043318 0

**Boarding Pass 2:**
- VAUPEL/NANCY
- DL251349 3805
- YBVV/CNAC
- FLIGHT DL2032  DATE 08JAN  CLASS Y  COACH
- SONG  ORIGIN TAMPA  DESTINATION BOSTON
- OPERATED BY DELTA AIR LINES
- DEPARTURE GATE E03  **SUBJECT TO CHANGE**
- DEPARTS 115P
- SEAT 7D  ZONE 3
- 506EER

TPA02FF29/KI

Handwritten notes (rotated):
- Pendleton
- Hertz
- Airport Transportation
- LA Phil Box Office
- 1/5/06
- cy Vaupel to Boston

# SEAPORT BOSTON

One Seaport Lane • Boston, MA 02210
Tel.: 617-385-4000

Vaupel, Nancy

Room 1104
Folio A - 881770
Arrive 08-JAN-06  17:06
Depart 09-JAN-06  10:13

Payment Type:   MV

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 08-JAN-06 | RT1104 | Room Charge | 209.00 | |
| 08-JAN-06 | RT1104 | Occupancy Tax | 11.91 | |
| 08-JAN-06 | RT1104 | Local Tax | 8.36 | |
| 08-JAN-06 | RT1104 | Convention Tax | 5.75 | |
| 08-JAN-06 | RT1104 | Hotel Inclusive Charge* | 3.00 | |
| ~~09-JAN-06~~ | ~~1104~~ | ~~Refreshment Center~~ | ~~8.40~~ | |
| 09-JAN-06 | MV | MasterCard/Visa | | 246.42- |

***For Authorization Purposes Only***
xxxxxxxxxxxx0024
Auth Date    Code     Authorized
08-JAN-06    080598        1170.40
             Total-Due                          0.00   $238.02

Travel Agent
Travelong Inc.
225 West 35th Street
New York, NY 10001

Charge To:

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, association, or company fails to pay for any part or the full amount of these charges. Please leave your room key at the reception desk upon departure. Thank You.

Guest Signature

Room  1104            Departure Date   09-JAN-06 10:13    Cashier   TTOLENT

* The Hotel Inclusive Charge is 100% distributed among all Seaport hourly employees, a group that extends beyond "wait staff employees, service employees, and service bartenders" as defined by Massachusetts State Law. The Hotel Inclusive Charge is not a "tip or service charge" as defined by Massachusetts service charge and tip statute.

```
                SuperShuttle
         Call (727) 572-1111 at least
         one day in advance for return
                 reservations

              PASSENGER RECEIPT

            1/9/2006    6:44:00PM
         ---------------------------------

              CONF #:
              ADULT:   1
              CHILD:   0
         ---------------------------------
         vaupel, ms


         ST. PETERSBURG         33703

            AYMENT TYPE:       CASH
            TOTAL DUE:       $23.00
            TOTAL PAID:      $40.00
            CHANGE DUE:
                              $17.00)

              THIS IS A RECEIPT
          NOT VALID FOR TRANSPORTATION

         DRIVER GRATUITY NOT INCLUDED IN
                     FARE
                     TPA
```