C

TRAVELONG, INC.  
225 West 35th street  
Suite 1501  
New York, NY 10001

INVOICE #: A00086906  
Date: 1/5/2006  
Account: 0297  
Page #: 1  
PNR Locator: QG9KMM

American Overseas Marine  
116 East Howard Street  
Quincy  MA  02169

| Traveler | Tkt#/Cf# | Tvl Dt | Itinerary | Pymt Due | By | Invoiced Amt | Booked Amt |
|---|---|---|---|---|---|---|---|
| BUCHNER/WILLIAM HOWARD | 1546043462 | 01/09/06 | SEA-DEN-BOS-DEN-SEA United Airlines CASE | 01/05/06 | P | 922.55 | |

| Airline | Flight | Origin | Destination | Depart | Arrive | Depart |
|---|---|---|---|---|---|---|
| United Airlines | 0718 | Seattle WA | Denver CO | 0755A | 1130A | 01/09/06 |
| United Airlines | 0756 | Denver CO | Boston MA | 1237P | 0626P | 01/09/06 |
| United Airlines | 0223 | Boston MA | Denver CO | 0805A | 1045A | 01/12/06 |
| United Airlines | 0339 | Denver CO | Seattle WA | 1118A | 0103P | 01/12/06 |

| Traveler | Tkt#/Cf# | Tvl Dt | Itinerary | Pymt Due | By | Invoiced Amt | Booked Amt |
|---|---|---|---|---|---|---|---|
| BUCHNER/WILLIAM HOWARD | 1546043462 | 01/09/06 | SEA-DEN-BOS-DEN-SEA United Airlines CASE | 01/15/06 | P | -187.96 | |

| Airline | Flight | Origin | Destination | Depart | Arrive | Depart |
|---|---|---|---|---|---|---|
| United Airlines | 0718 | Seattle WA | Denver CO | 0755A | 1130A | 01/09/06 |
| United Airlines | 0756 | Denver CO | Boston MA | 1237P | 0626P | 01/09/06 |
| United Airlines | 0223 | Boston MA | Denver CO | 0805A | 1045A | 01/12/06 |
| United Airlines | 0339 | Denver CO | Seattle WA | 1118A | 0103P | 01/12/06 |

| Traveler | Tkt#/Cf# | Tvl Dt | Itinerary | Pymt Due | By | Invoiced Amt | Booked Amt |
|---|---|---|---|---|---|---|---|
| BUCHNER/WILLIAM HOWARD | Service Fee | 01/05/06 | Service Fee Processing Fee-Batched CASE | 01/05/06 | A | 45.00 | |

Total Amount of Invoice 779.59  
Less CC Payments or Payments not yet due 779.59  
Less Cash Payments Received 0.00

Net Amount Due 0.00