D

Case 1:04-cv-11169-GAO    Document 53-5    Filed 02/09/2006    Page 1 of 14

# PORT EXPENSES SUMMARY

| | S/A # | 2006-01-1576 |
|---|---|---|

| Vessel Name | Arrival Date | Sailing Date | Billing Period | Billing Date |
|---|---|---|---|---|
| M/V 1ST LT. JACK LUMMUS SAIPAN PORT | N/A | N/A | 1/01 - 27/06 | 1/27/2006 |

## DISBURSEMENT SUMMARY
Note: Voucher & Invoices Should be in the same sequence as listed below.

| Sequence No. | Port Charges - Article No. 16 | | Cost | Total |
|---|---|---|---|---|
| | Pilotage | (0002 AM) | | |
| | Towage | (0002 AM) | | |
| | Line Handling | (0002 AN) | | |
| | Port Entry Fee | (0002 AQ) | | |
| | Launch Hire | (0002 AY) | | |
| | Customs Fees | (0002 BE) | | |
| | Immigration | (0002 AZ) | | |
| | Power | | | |
| PTI 012706 | Communications | (0002 AX) | $ 650.00 | |
| | Auto Hire | (0002 AT) | | |
| | Garbage Disposal | (0002 BA) | | |
| | Oil Slop Removals | (0002 BC) | | |
| | Agent's Overtime | (0002 AW) | | |
| 20060053 | Agency Fee | | $ 157.50 | |
| | | Subtotal | $ 807.50 | $ 807.50 |

| Sequence No. | Security Charges - Article No. 21 | | Cost | Total |
|---|---|---|---|---|
| | Security Services | (0002 BJ) | | |
| | | Subtotal: | $ - | $ - |

| Sequence No. | Vessel and Crew Expenses | | Cost | Total |
|---|---|---|---|---|
| | Cash to Master | | | |
| | Stores & Miscellaneous Purchase | | | |
| | Repairs/Replacement Parts | | | |
| | Laundry | | | |
| | Broker's Fees | | | |
| | Guard Services (Payroll Fees) | | | |
| | Medical Attention | | | |
| 20060050 | Transportation | (0002 BM) | $ 147.00 | |
| 20055872/91919/RM483 | Lodging | | $ 313.00 | |
| | | Subtotal | $ 460.00 | $ 460.00 |

| Sequence No. | Other Charges | | Cost | Total |
|---|---|---|---|---|
| | Dockage | (0002 AV) | | |
| | Postage/Stamps | (0002 AP) | | |
| | Water | (0002 BB) | | |
| WTT 48683/20060054 | Itinerary/Travel Arrangement | | $ 125.50 | |
| | | Subtotal: | $ 125.50 | $ 125.50 |
| | | Total Disbursements | | $ 1,393.00 |

I Certify that this Statement is Correct & Just.

*[signature]*

Ambyth Shipping-Accounting Dept



*Your connection to the world*

P.O. BOX 500306, SAIPAN, MP 96950

PHONE: (670) 682-2877 • FAX (670) 682-6170

PACIFIC TELECOMMUNICATIONS INCORPORATED (PTI)

Invoice Date: Jan. 27, 2006
Invoice No:     **PTI012706**

Attn: Mr. Fred Taitague
Agency Manager
Ambyth Shipping Micronesia, Inc.
Saipan, MP 96950

**RE: Invoice for the Video Conferencing**

Total charges for the video conference service on January 04, 2006
    (Includes the set-up fee)                                                                       $ 650.00

If you have any questions please feel free to call me.

Best regards,

*[signature]*

Ella B. Alexander
Sales Manager
Mobile: 287-7926



# FIESTA Resort & SPA SAIPAN

## Guest Folio

```
AMBYTH SHIPPING MICRONESIA INC      Room        884
PO BOX 503681                       Arrival     12/29/05
PACIFIC TRADING BUILDING            Departure   12/30/05
96950 SAIPAN, MP                    Persons(s)  1
CNMI                                Cashier     39   NECY
                                    Time        09:05:16
                                    Page        1


   Mr. GREG WILLIAMS


   ORIGINAL INVOICE      91919

   Dai-ichi Hotel Saipan Beach, 12/30/05    BL
```

| Date | Description | | Amount |
|---|---|---|---|
| 12/29/05 | Room Charge | | 75.00 |
| 12/29/05 | Room Tax | | 7.50 |
| 12/30/05 | City ledger CHARGE TO AMBYTH SHIPPING | 884 | 82.50 |

```
   Total:                                      0.00


Signature : _____
Company   : _____
```

**APPROVED**
BY _____  DATE 1/25/06

P.O. Box 501029, Saipan MP 96950 | Tel: 1 (670) 234-6412 to 6414 | Fax: 1 (670) 234-7064





ATTENTION: TERESA

## Guest Folio

```
AMBYTH SHIPPING MICRONESIA INC      Room        483
PO BOX 503681                       Arrival     01/03/06
PACIFIC TRADING BUILDING            Departure   01/04/06
96950 SAIPAN, MP                    Persons(s)  1
CNMI                                Cashier     34   YOSHI
                                    Time        19:25:47
                                    Page        1
```

Mr. GREG WILLIAMS

INFORMATION COPY ONLY

Dai-ichi Hotel Saipan Beach, 01/04/06   BL

| Date | Description | Amount |
|---|---|---|
| 01/03/06 | Room Charge | 75.00 |
| 01/03/06 | Room Tax | 7.50 |
| 01/04/06 | Add'l Room Charges LATE C/OUT 19:30 | 75.00 |
| 01/04/06 | Add'l Room Tax LATE C/OUT 19:30 . | 7.50 |
| 01/04/06 | Coke | 2.50 |

Total:                               167.50

Signature : _____

Company   : _____



**AMBYTH SHIPPING MICRONESIA, INC.**

P.O. Box 503681 • Saipan, MP 96950
Phone: (670) 322-0970 • Fax: (670) 322-0969
e-mail: acc@ambythsaipan.com

# INVOICE

INVOICE NUMBER: 20055872

INVOICE DATE: 12/31/2005

PAGE: 1

SOLD TO:

AMERICAN OVERSEAS MARINE CORP
116 East Howard St.,
Quincy, MA  02169

SHIP TO:

AMERICAN OVERSEAS MARINE CORP
116 East Howard St.,
Quincy, MA  02169

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS |
|---|---|---|
| AOM001 | | Due 30 days |

| SALES REP ID | SHIPPING METHOD | SHIP DATE | DUE DATE |
|---|---|---|---|
| | | | 1/30/2006 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| | | M/V 1ST LT. JACK LUMMUS | | |
| | | To debit you for hotel/room arrangement as per Billing Authorization No.: | | |
| 1.0000 | HTL | HTL-814:G.Williams/Lummus/Fiesta Resort | $30.00 | $30.00 |
| 1.0000 | HTL | HTL-818:G.Williams/Lummus/Fiesta Resort | $30.00 | $30.00 |
| 60.0000 | GRT | Gross Receipts Tax (5%) | $0.05 | $3.00 |

POSTED

**CERTIFIED TRUE AND CORRECT**

| | |
|---|---|
| Subtotal: | $63.00 |
| Freight: | $0.00 |
| Tax: | $0.00 |
| Balance: | $63.00 |

NOTICE: A service charge at the annual percentage rate of 18% (monthly 1.5%) will be applied on all past due accounts. As an express condition of our providing credit and rendering services, please take notice that if this account is placed in the hands of an attorney to collect the amounts stated herein, we shall be entitled to recover our attorney's fees in addition to any other available remedy. We expressly reserve any and all rights which we may have to enforce maritime liens against any vessel / cargo to which we have rendered necessaries.

| | INVOICE NO.: | 48683 |
|---|---|---|
| | DATE: | 21/4/06 |

| SOLD TO: | AMBYTH | | WORLD TOUR & TRAVEL |
|---|---|---|---|
| | | | PPP-305, Box 10000, Saipan, MP 96950 |
| | | | Tel: (670) 233-3600/3700/3800 |
| TEL. NO.: | | IATA | Fax: (670) 233-3900 |

**INVOICE**

| | SALESMAN ES | TERMS | | AMOUNT | |
|---|---|---|---|---|---|
| | WS 2256293639 | | | | |
| | WILLIAMS/G | | | $94.00 | |
| | 6-TWT | | | | |
| | | | | | |
| | | | | $194.00 | |
| | | | | | |
| | need it by | | | | |
| | Dan 1/5/04 | | | | |
| | | | | | |

We agree to pay 2% interest charge over 30 days. Plus any Attorney's Fees, and court cost to collect on this invoice. I will also personally guarantee this debt. I also agree to pay $100.00 charge for every returned check from the bank. I agree to pay $50.00 per ticket refund.



# PURCHASE ORDER

The following number must appear on all related correspondence and invoices:

**PURCHASE ORDER NO.**  |  **ACCTRS - 0824**

To:   WORLD TOUR & TRAVEL    Delivery Address:   To be delivered to Ambyth Office

| DATE | DELIVERY DATE | REQUISITIONER | QUOTE NO. | REFERENCE |
|---|---|---|---|---|
| 4-Jan-06 | 4-Jan-06 | TJL | WTT | M/V LUMMUS |

| QTY | UNIT | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | TKT | - WILLIAMS/GREG FROM SAIPAN TO GUAM (1/04/06) | $ 94.00 | $ 94.00 |
|  |  | *** NOTHING FOLLOWS *** |  |  |
|  |  |  | SUBTOTAL | $ 94.00 |
|  |  |  | DISCOUNT | $ - |
|  |  |  | TOTAL | $ 94.00 |

1. Please send one (1) original and two certified copies of your invoice.
2. Enter this order in accordance with the prices, terms, delivery method, and specifications listed above.
3. Submit copies of Delivery Orders via fax or email, at least 24hrs prior to delivery. Fax 322-0972 /Email: ops@ambythsaipan.com
4. Please notify us immediately if you are unable to deliver / ship as specified.
5. Send all correspondence and invoice to:

AMBYTH SHIPPING MICRONESIA, INC.
P.O. BOX 503681
SAIPAN, MP 96950

TELEPHONE: (670) 322-0970 / 322-0971
FAX: (670) 322-0972 / 322-0969

MR. FRED TAITAGUE    1/4/2006
Authorized by          Date

Form No. QLT-005.REV.01.DEC.2003
Effective Date: December 2003



**AMBYTH SHIPPING MICRONESIA, INC.**

P.O. Box 503681 • Saipan, MP 96950
Phone: (670) 322-0970 • Fax: (670) 322-0969
e-mail: acc@ambythsaipan.com

# INVOICE

INVOICE NUMBER: 20060054

INVOICE DATE: 1/27/2006

PAGE: 1

SOLD TO:

AMERICAN OVERSEAS MARINE CORP
116 East Howard St.,
Quincy, MA  02169

SHIP TO:

AMERICAN OVERSEAS MARINE CORP
116 East Howard St.,
Quincy, MA  02169

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS |
|---|---|---|
| AOM001 | | Due 30 days |

| SALES REP ID | SHIPPING METHOD | SHIP DATE | DUE DATE |
|---|---|---|---|
| | | | 2/26/2006 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| | | M/V 1ST LT. JACK LUMMUS | | |
| | | We debited your account for G.Williams' itinerary/travel arrangement as per SF-2133 dated 01/04/06: | | |
| 1.0000 | TRN | SF-2133:G.Williams/Itinerary/Lummus | $30.00 | $30.00 |
| 30.0000 | GRT | Gross Receipts Tax (5%) | $0.05 | $1.50 |

Subtotal: $31.50
Freight: $0.00
Tax: $0.00
Balance: $31.50

**CERTIFIED TRUE AND CORRECT**

NOTICE: A service charge at the annual percentage rate of 18% (monthly 1.5%) will be applied on all past due accounts. As an express condition of our providing credit and rendering services, please take notice that if this account is placed in the hands of an attorney to collect the amounts stated herein, we shall be entitled to recover our attorney's fees in addition to any other available remedy. We expressly reserve any and all rights which we may have to enforce maritime liens against any vessel / cargo to which we have rendered necessarys.

# INVOICE



**AMBYTH SHIPPING MICRONESIA, INC.**

P.O. Box 503681 • Saipan, MP 96950
Phone: (670) 322-0970 • Fax: (670) 322-0969
e-mail: acc@ambythsaipan.com

INVOICE NUMBER: 20060050

INVOICE DATE: 1/24/2006

PAGE: 1

SOLD TO:

AMERICAN OVERSEAS MARINE CORP
116 East Howard St.,
Quincy, MA  02169

SHIP TO:

AMERICAN OVERSEAS MARINE CORP
116 East Howard St.,
Quincy, MA  02169

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | |
|---|---|---|---|
| AOM001 | | Due 30 days | |
| SALES REP ID | SHIPPING METHOD | SHIP DATE | DUE DATE |
| | | | 2/23/2006 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| | | M/V IST LT. JACK LUMMUS | | |
| | | To debit you for providing crew transportation as per Transpo Log Nos: | | |
| 2.0000 | TRN | #05-1352: G. Williams/Transpo/Lummus | $30.00 | $60.00 |
| 1.0000 | TRN | #05-1352A: G. Williams/Transpo/Lummus | $30.00 | $30.00 |
| 1.0000 | TRN | #05-1369: G. Williams/Transpo/Lummus | $50.00 | $50.00 |
| 140.0000 | GRT | Gross Receipts Tax (5%) | $0.05 | $7.00 |

Subtotal: $147.00
Freight: $0.00
Tax: $0.00
Balance: $147.00

**CERTIFIED TRUE AND CORRECT**

**NOTICE:** A service charge at the annual percentage rate of 18% (monthly 1.5%) will be applied on all past due accounts. As an express condition of our providing credit and rendering services, please take notice that if this account is placed in the hands of an attorney to collect the amounts stated herein, we shall be entitled to recover our attorney's fees in addition to any other available remedy. We expressly reserve any and all rights which we may have to enforce maritime liens against any vessel / cargo to which we have rendered necessaries.



**AMBYTH SHIPPING**

# TRANSPORTATION LOG

Control # **05-1369**

Date: 3-Jan-06

Requested By: MASTER

**Saipan Office**
P.O. Box 503681 - Saipan MP, 96950
Tel: (670) 322-0970/1 - Fax: (670) 322-0969

DATE OF RUN: WED. JAN. 4, 2006

Vessel: **MV LUMMUS**       Agent: ELLA
From: **FIESTA RESORT SPA**    To: AIRPORT
Time Start: **1930H**    Time End: 2000H
From: _____    To: _____
Time Start: _____   Time End: _____
Pax Names: **C/S GREG WILLIAMS**

Total Time: _____

| | No. Hours | Rate | GRT | Total |
|---|---|---|---|---|
| ST | | $ | $ | $ |
| OT | 1 | $ 5 | $ 2.50 | $ 52.50 |

Total: $ 52.50 —

Remarks: _____

Driver's Signature

C/S GREG WILLIAMS
Passenger's Name (Print):

Passenger's Signature:

Date: 1/4/06

Minimum Charge: 1 Hour
Straight Time: 0800H-1700H
Overtime: 1701H-0759H

Holiday / Weekends are billed at Overtime rate

FORM # TRNS-001.REV.00.JUN.15.04



**AMBYTH SHIPPING**

# TRANSPORTATION LOG     Control # 05-1352

Date: **3-Jan-06**

Requested By: **MASTER**

**Saipan Office**
P.O. Box 503681 - Saipan MP, 96950
Tel: (670) 322-0970/1 - Fax: (670) 322-0969

DATE OF RUN: **TUE. JAN. 3, 2006**

| | |
|---|---|
| Vessel: **MV LUMMUS** | Agent: **TJL/ FRT** |
| From: **DOCK** | To: **FIESTA RESORT SPA** |
| Time Start: 1/3 **0820H** | Time End: **0845H** |
| From: **FIESTA RESORT SPA** | To: **VERIZON** |
| Time Start: **1/4 0745H** | Time End: **0805H** |
| Pax Names: **C/S GREG WILLIAMS** _(signature)_ | |
| | Total Time: **2** |

| | No. Hours | Rate | GRT | Total |
|---|---|---|---|---|
| ST | 2 | $ 30 | $ 3.00 | $ 63.00 |
| OT | | $ | $ | $ |
| | | | Total: | $ 63.00 |

Remarks: _____

_(Driver's Signature)_

Minimum Charge: 1 Hour
Straight Time: 0800H-1700H
Overtime: 1701H-0759H

Holiday / Weekends are billed at Overtime rate

C/S GREG WILLIAMS
Passenger's Name ( Print ):
_(signature)_
Passenger's Signature:
**1/3/06**
Date:

FORM # TRNS-001.REV.00.JUN.15.04



# TRANSPORTATION LOG

Control # 05- 1352-A

Date: Jan. 4, 2006

Requested By: MASTER

**Saipan Office**
P.O. Box 503681 - Saipan MP, 96950
Tel: (670) 322-0970/1 - Fax: (670) 322-0969

DATE OF RUN: Jan. 4, 2006   WED

Vessel: MV LUMMUS          Agent: ELLA
From: VERIZON              To: BOBBY'S CADILLAC
Time Start: 0945H          Time End: 1010H  - 1
From:                      To:
Time Start:                Time End:
Pax Names: GREG WILLIAMS

Total Time:

| | No. Hours | Rate | ORT | Total |
|---|---|---|---|---|
| ST | 1 | $ 30 | $ 1.00 | $ 31.00 |
| OT | | $ | $ | $ |
| | | | Total: | $ 31.00 |

Remarks: _____

Driver's Signature: (signed)

Passenger's Name (Print): Greg Williams
Passenger's Signature: (signed)
Date: 1/4/06

Minimum Charge: 1 Hour
Straight Time: 0800H-1700H
Overtime: 1701H-0759H

Holiday / Weekends are billed at Overtime rate

FORM # TRNS-001.REV.00.JUN.15.04



# INVOICE

**AMBYTH SHIPPING MICRONESIA, INC.**

P.O. Box 503681 • Saipan, MP 96950
Phone: (670) 322-0970 • Fax: (670) 322-0969
e-mail: acc@ambythsaipan.com

INVOICE NUMBER: 20060053
INVOICE DATE: 1/27/2006
PAGE: 1

SOLD TO:

AMERICAN OVERSEAS MARINE CORP
116 East Howard St.,
Quincy, MA  02169

SHIP TO:

AMERICAN OVERSEAS MARINE CORP
116 East Howard St.,
Quincy, MA  02169

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | |
|---|---|---|---|
| AOM001 | | Due 30 days | |
| SALES REP ID | SHIPPING METHOD | SHIP DATE | DUE DATE |
| | | | 2/26/2006 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| | | M/V 1ST LT. JACK LUMMUS | | |
| | | We debited your account for Agency fee, for coordinating/arranging video conference, etc.: | | |
| 1.0000 | AGA | Agency Fee:Video Conference Arrangement | $150.00 | $150.00 |
| 150.0000 | GRT | Gross Receipts Tax (5%) | $0.05 | $7.50 |

Subtotal: $157.50
Freight: $0.00
Tax: $0.00
Balance: $157.50

**CERTIFIED TRUE AND CORRECT**

NOTICE: A service charge at the annual percentage rate of 18% (monthly 1.5%) will be applied on all past due accounts. As an express condition of our providing credit and rendering services, please take notice that if this account is placed in the hands of an attorney to collect the amounts stated herein, we shall be entitled to recover our attorney's fees in addition to any other available remedy. We expressly reserve any and all rights which we may have to enforce maritime liens against any vessel / cargo to which we have rendered necessaries.