UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
.....................................
                                      .
LAWRENCE HOWARD, JR.,                 .
                                      .
              Plaintiff,              .    CIVIL ACTION NO. 04-11169(REK)
                                      .
       v.                             .
                                      .
AMERICAN OVERSEAS MARINE              .
CORPORATION,                          .
                                      .
              Defendant.              .
.....................................
```

## AFFIDAVIT OF SCOTT C. MERRILL, ESQ. IN FURTHER SUPPORT OF MOTION TO DISMISS AND FOR SANCTIONS

I, Scott C. Merrill, having personal knowledge of the following, hereby depose and state as follows:

1.      I am an attorney at the law firm Foley Hoag, LLP. I have been representing the American Overseas Marine Corporation ("AMSEA") in the Plaintiff's lawsuit since it was filed in 2004. On March 8, 2006, attorneys in our office and a representative of AMSEA appeared before the Court for a Motion hearing. The March 8th hearing had been set by the Court on January 25, 2006 when the Plaintiff had appeared via conference call and requested that the Court continue the case.

B3185543.1

2.	As a result of the Plaintiff's continuance, AMSEA incurred further legal fees in the amount of $1,718.00 associated with preparing for and attending the March 8th hearing. (Exhibit A).[1]

Signed under the pains and penalties of perjury this 4th day of April, 2006.

/s/Scott C. Merrill
Scott C. Merrill

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to Lawrence Howard Jr. via overnight mail on April 4, 2006.

/s/Scott C. Merrill
Scott C. Merrill

---

[1] The summary of legal fees and costs attached hereto do not contain an exact breakdown of the tasks performed by each individual. Such specific information can be provided if the Court deems it necessary in determining the amount of sanctions to award.

B3185543.1                                   2