# EXHIBIT A

## AMSEA Trial Preparation Charges March 8, 2006

| Date/Person | Hours | Total Hours for Day | Total Amount for Day |
|---|---|---|---|
| **Wednesday, March 8, 2006** | | | |
| James W. Bucking | 2.9 | | |
| Scott C. Merrill | 2 | 4.9 | $1,718.00 |

| | | | |
|---|---|---|---|
| **TOTAL** | | | $1,718.00 |

B3185545.1