

**FOLEY**
**HOAG** LLP
ATTORNEYS AT LAW

Scott Merrill
Boston Office
617.832.1174
smerrill@foleyhoag.com

June 20, 2006

**Via E-Filing**

Hon. George A. O'Toole, Jr.
District Judge
United States District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

    Re:   *Lawrence Howard, Jr. v. American Overseas Marine Corporation*
           United States District Court, C.A. No. 04-11169 (GAO)

Dear Judge O'Toole:

    This Firm represents American Overseas Marine Corporation ("AMSEA") in the above-referenced matter. We understand from the Scheduling Order issued yesterday that this matter was transferred to you from Judge Keeton. This letter is intended to update you on the status of this case as we understand it.

    Pending before the Court is AMSEA's Motion to Dismiss and for Sanctions that was filed on January 20, 2006. AMSEA has made several filings since that time relating to the Motion.[1] Plaintiff Lawrence Howard ("Plaintiff") has not filed any response to AMSEA's motion or its subsequent filings.

    The Court held hearings on January 25th and March 9th, and scheduled a hearing for April 6th, each time at Plaintiff's request to address the status of the case after Plaintiff's failure to appear for trial. On March 9, Judge Keeton granted Plaintiff's request that he be allowed additional time to respond, and a new hearing for this purpose was scheduled for April 6. On the morning of April 6, we were informed by Judge Keeton's clerk that Plaintiff had called the Court to say he would not be attending the hearing, and instead wanted to have the case dismissed.

---

[1] Specifically, on February 9, 2006 AMSEA filed an Affidavit of Richard Williamson in Support of Motion to Dismiss and for Sanctions, along with an Affidavit of Scott C. Merrill in Support of Motion to Dismiss and for Sanctions. AMSEA also filed an Affidavit of Scott C. Merrill in Further Support of Motion to Dismiss and for Sanctions on April 4, 2006.

B3219059.1

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000
Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Judge O'Toole
June 20, 2006
Page 2

    At this time, AMSEA's Motion to Dismiss and for Sanctions remains pending, and to our knowledge is the only pending motion before the Court.

    Thank you for your attention.

Very truly yours,

/s/Scott C. Merrill

Scott C. Merrill
BBO#631008

cc:    James Bucking, Esq.
       Lawrence Howard, Jr.

Certificate of Service

    I, Scott C. Merrill, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to Lawrence Howard, Jr. on June 20, 2006 at both his Selma, Alabama and Dorchester, Massachusetts addresses.

/s/ Scott C. Merrill

B3219059.1