UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Lawrence Howard Jr.

            Plaintiff(s)

v.   CIVIL ACTION NO.   04-11169

American Overseas Marine Corporation

            Defendant(s)

### JUDGMENT IN A CIVIL CASE

   O'TOOLE   , D.J.

☐ **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

After oral arguments, Court GRANTS defendants' motion ( dkt.#50) to dismiss, with prejudice.

                                              SARAH A. THORNTON,
                                              CLERK OF COURT

Dated:   7/26/06                    By   /s/ Gina Edge
                                                    Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)